UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 97-217-JLA |
| ) | |
| CATHERINE GREIG, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### MOTION TO UNSEAL CRIMINAL COMPLAINT AND AFFIDAVIT

The United States of America, by and through its undersigned counsel, hereby respectfully moves to unseal the attached criminal complaint and affidavit regarding Catherine Greig.

Ms. Greig has recently been arrested and no further purpose is served by keeping the complaint or affidavit sealed.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

DATE: June 23, 2011    By: _____
Brian T. Kelly
Assistant U.S. Attorney
Chief, Public Corruption Unit

*[Handwritten margin notes: "June 23, 2010. Allowed." and "Marianne B. Bowler, USMJ"]*