UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Criminal No.**
**97-217-JLA**

UNITED STATES OF AMERICA

VS.

CATHERINE GREIG

**NOTICE OF APPEARANCE**

Now comes Kevin J. Reddington, Esq. and hereby enters an appearance on behalf of the above captioned defendant, Catherine Greig.

/s/Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, Massachusetts  02301
(508) 583-4280
BBO #414160