AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:97-mj-217-JCB-1 |
| Catherine Greig | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 06/27/2011

/s/ James D. Herbert
*Attorney's signature*

James D. Herbert
*Printed name and bar number*

1 Courthouse Way
Boston, MA 02210
*Address*

James.Herbert@usdoj.gov
*E-mail address*

(617) 748-3202
*Telephone number*

(617) 748-3963
*FAX number*