UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No. 97-217-JCB

UNITED STATES OF AMERICA

v.

CATHERINE GREIG

**ORDER**

June 27, 2011

Boal, M.J.

At her June 24, 2011 initial appearance, defendant Catherine Greig requested appointment of Criminal Justice Act ("CJA") counsel.  The government objected to the appointment of counsel.  This Court ordered the parties to make submissions in support of their respective positions concerning the defendant's request for appointed counsel by the close of business on June 27, 2011, and scheduled a hearing for June 28, 2011 at 2:30 p.m.  At the June 28 hearing, the defendant was to inform the Court and the government whether the defendant requests a preliminary hearing pursuant to Fed. R. Crim. P. 5.1.  The Court also scheduled a detention hearing for Thursday, June 30, 2011 at 2:30 p.m.

On June 27, 2011, Attorney Kevin J. Reddington filed an appearance on behalf of defendant as retained counsel (Docket No. 6), rendering moot the defendant's request for CJA counsel.  Accordingly, the Court cancels the hearing scheduled for June 28, 2011.

The detention hearing scheduled for Thursday, June 30, 2011 at 2:30 p.m. will go forward.  Defense counsel shall inform this Court and the government whether the defendant requests a preliminary hearing by the close of business on June 28, 2011.  Should the defendant

request a preliminary hearing, that hearing will also be held on Thursday, June 30, 2011 at 2:30

p.m.

         /s/ Jennifer C. Boal
         JENNIFER C. BOAL
         United States Magistrate Judge