UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) ) | CRIMINAL NO. 97-mj-00217-JCB |
| CATHERINE GREIG,<br>         Defendant. | ) ) ) | |

### UNITED STATES' REPORT TO THE COURT
### REGARDING APPOINTMENT OF COUNSEL FOR DEFENDANT

At the Defendant's initial appearance in this matter on June 24, 2011, the defendant requested appointment of counsel, and the United States objected.  The Court then ordered the parties to submit briefing by close of business Monday, June 27, 2011 on the question of whether the Defendant may have court-appointed counsel to represent her in this matter.  On Sunday, June 26, 2011, the undersigned Assistant United States Attorney was informed that the defendant had privately retained Attorney Kevin Reddington as her counsel.  On Monday, June 27, 2011, Attorney Reddington entered his appearance in this matter.  The question of whether the defendant is entitled to court appointed counsel is, for now, moot.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: **/s/ Jack W. Pirozzolo**
    JACK W. PIROZZOLO
    First Assistant U.S. Attorney
    John Joseph Moakley United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3189

Dated: June 27, 2011

**CERTIFICATE OF SERVICE**

      I, Jack W. Pirozzolo, hereby certify that on June 27, 2011, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

                                                **/s/ Jack W. Pirozzolo**
                                                Jack W. Pirozzolo