## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**Criminal No.**
**97-217-JLA**

### UNITED STATES OF AMERICA

### VS.

### CATHERINE GREIG

### DEFENDANT'S RESPONSE TO COURT ORDER RE: PRELIMINARY HEARING REQUEST

Now comes the defendant, Catherine Greig, in the above numbered matter and does hereby respond to the Order of the Court by advising that she does, in fact, request a preliminary hearing.

Further, the parties will advise this Honorable Court by noon on Tuesday, June 28, 2011 as to whether they will be requesting that the preliminary hearing occur on Thursday, June 30, 2011 at 2:30 p.m. or that a motion to continue the same will be filed by the parties.

/s/Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, Massachusetts  02301
(508) 583-4280
BBO #414160
kevinreddington@msn.com