UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>CATHERINE GREIG, )<br><br>Defendant. ) | Case No. 1:97-mj-00217-JCB-1 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), please withdraw the appearance of Joseph H.

Zwicker on behalf of defendant Catherine Greig.

Respectfully Submitted,

CATHERINE GREIG,

By her attorney,

*/s/ Joseph H. Zwicker*
Joseph H. Zwicker (BBO# 560219)
jzwicker@choate.com
Choate, Hall & Stewart LLP
2 International Place
Boston, MA 02110
(617) 248-5065

Date:   June 28, 2011

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 28, 2011.

/s/ Joseph H. Zwicker_____
Joseph H. Zwicker