UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 97-mj-00217-JCB |
| | ) | |
| | ) | |
| CATHERINE GREIG, | ) | |
|     Defendant. | ) | |
| | ) | |

**ASSENTED-TO MOTION TO SET A PROBABLE CAUSE
AND DETENTION HEARING DATE FOR JULY 11, 2011**

The United States hereby submits this assented-to motion pursuant to Fed. R. Crim. P. 5.1(d) ("Rule 5.1") requesting that the court set a probable cause and detention hearing date in this matter for July 11, 2011.  As grounds for this motion, the United States says that the defendant consents to this date and that good cause exists to set the date for July 11, 2011.  More specifically, on July 27 and 28, 2011, the parties conferred regarding scheduling.  The defendant informed the United States that she would like additional time to prepare both for a detention hearing (including preparing a proposed package for release on conditions) and to prepare for a probable cause hearing.  This proposed date also takes into consideration the public interest in the prompt disposition of this case since it is only one business day outside the 14-day time period specified in Rule 5.1(c) for defendants in custody.  See Fed. R. Crim. P. 5(c); see also Fed. R. Crim. P. 45 (computation of time).

WHEREFORE, the United States requests that for good cause shown the Court set a detention and probable cause hearing date for July 11, 2011.

                    Respectfully submitted,

                    CARMEN M. ORTIZ
                    United States Attorney

By: **/s/ Jack W. Pirozzolo**
     JACK W. PIROZZOLO
     First Assistant U.S. Attorney
     JAMES D. HERBERT
     Assistant U.S. Attorney
     John Joseph Moakley United States Courthouse
     1 Courthouse Way, Suite 9200

Dated: June 28, 2011     Boston, MA 02210
                                           (617) 748-3189

ASSENTED TO:

CATHERINE GREIG
Defendant

By:  **/s/Kevin J. Reddington**
1342 Belmont Street, Suite 203
Brockton, Massachusetts 02301
(508) 583-4280
BBO #414160

2

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on June 28, 2011, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo