UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) ) | CRIMINAL NO. 97-mj-00217-JCB |
| CATHERINE GREIG,<br>          Defendant. | ) ) ) ) | |

## ASSENTED-TO MOTION FOR PROTECTIVE ORDER

The United States hereby submits this assented-to motion requesting that the Court issue a protective order in this case in the form attached as Tab A.  As grounds for this motion, the United States says that it is in the interests of the administration of justice that materials turned over to defense counsel in connection with these proceedings that are not otherwise in the public record should remain protected from disclosure in order to avoid potentially unfairly prejudicial publicity affecting the defendant's and to protect the United States' ongoing investigative efforts in this matter.

                                    Respectfully submitted,

                                    CARMEN M. ORTIZ
                                    United States Attorney

                              By:   **/s/ Jack W. Pirozzolo**
                                    JACK W. PIROZZOLO
                                    First Assistant U.S. Attorney
                                    JAMES D. HERBERT
                                    Assistant U.S. Attorney
                                    John Joseph Moakley United States Courthouse
                                    1 Courthouse Way, Suite 9200
Dated: July 11, 2011                Boston, MA 02210
                                    (617) 748-3189

ASSENTED TO:

CATHERINE GREIG
Defendant

By:  **/s/Kevin J. Reddington**
1342 Belmont Street, Suite 203
Brockton, Massachusetts 02301
(508) 583-4280
BBO #414160

## CERTIFICATE OF SERVICE

      I, Jack W. Pirozzolo, hereby certify that on July 11, 2011, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

                                                  **/s/ Jack W. Pirozzolo**
                                                  Jack W. Pirozzolo