# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                               )     CRIMINAL NO. 97-mj-00217-JCB<br>)<br>CATHERINE GREIG,              )<br>            Defendant.           ) | |

## PROTECTIVE ORDER

Motion having been made by the United States for a Protective Order restricting disclosure of certain discovery materials including informant reports, forensic evidence and Jencks Act material (18 U.S.C. §3500), it is hereby ORDERED as follows:

In order to avoid prejudicial pretrial publicity for the defendant as well as to avoid the influencing of any witness' testimony (or any suggestion of same), and with regards only to documents which are not already in the public record, the discovery materials produced in this criminal case (which include informant reports, forensic evidence and Jencks Act material) shall be disclosed only to the defendant and her counsel of record in this case for use by this defendant or her counsel solely in connection with this case, including consultation with investigators and witnesses.

Dated: July 11, 2011

JENNIFER C. BOAL
United States Magistrate Judge