JS 45 (5/97) - (Revised USDC MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 1:97-mj-00217-JCB-1
- Search Warrant Case Number: 11-mj-2076-MBB; 11-mj-2077-MBB
- R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name:** Catherine E. Greig    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Carol Gasko, Helen Marshall, Carol Shapeton, Mrs. Thomas Baxter, J.L., P.M., N.S., J.W., C.L.

**Address:** (City & State) Quincy, MA

**Birth date (Yr only):** 1951   **SSN (last4#):** 5309   **Sex** F   **Race:** W   **Nationality:** U.S.

**Defense Counsel if known:** Kevin J. Reddington    **Address** 1342 Belmont Street, Suite 203, Brockton, MA 02301

**Bar Number** 414160

**U.S. Attorney Information:**

**AUSA** Jack W. Pirozzolo    **Bar Number if applicable** 564879

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** June 22, 2011

☑ Already in Federal Custody as of June 24, 2011 in Wyatt Detention Center
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** August 11, 2011    **Signature of AUSA:** _[signature]_

JS 45 (5/97) (Revised U S D C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Catherine E. Greig

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 371 | Conspiracy to Harbor Fugitive | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011 wpd - 3/25/2011