## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**v.**

Catherine Greig

**CRIMINAL NO.** 11 - 10286 DPW

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _____

☑ **states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).**

☐ **waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B).  Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.**

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.

_8-18-11_
**Date**

_____
**Attorney for the Defendant**

(CR Disclosure.wpd - 11/12/98)

[kdiscnot.]