UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
11-10286-DPW

UNITED STATES OF AMERICA

v.

CATHERINE E. GREIG

## ORDER ON EXCLUDABLE TIME

August 19, 2011

Boal, M.J.

The defendant has elected to proceed under the Automatic Discovery Rules in

accordance with Local Rules 116.1 through 116.5.  The Court finds that the interests of justice in

this case, *i.e.*, to provide the parties additional time to develop their respective discovery plans,

to produce discovery under the automatic discovery process, to evaluate the discovery and to

seek additional discovery, outweigh the best interests of the public and defendant for a trial

within seventy days from the filing date (and making public) of the indictment.  Accordingly, it

is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section

5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District

Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and

Procedures for Implementing Them, Effective December 2008) and Local Rule 112.2(A)(2), the

Clerk of this Court enter excludable time for the period from August 11, 2011, which is the filing

date (and making public) of the indictment, to and concluding September 29, 2011, which is the

date of the initial status conference.[1]

          /s/ Jennifer C. Boal
        JENNIFER C. BOAL
        United States Magistrate Judge

---

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate judge's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).