UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 11-10286-DPW

UNITED STATES OF AMERICA

v.

CATHERINE E. GREIG

## **ORDER**

Boal, M.J.

The defendant, Catherine Greig, agreed to voluntary detention without prejudice and the Court issued an order of voluntary detention without prejudice on July 15, 2011 (Docket No. 19). On September 22, 2011, Ms. Greig filed a motion for miscellaneous relief.  (Docket No. 32). The Court construes the motion as a motion to reopen the detention hearing.

In support of that motion, Ms. Greig's counsel presented a number of documents to the Clerk's Office.  If he has not already done so, counsel for the defendant shall serve the government with a copy of those materials no later than September 30, 2011.  The parties shall confer on whether those materials should be filed on CM/ECF and, if so, whether they should be filed under seal.  The parties shall file a status report on that matter no later than October 7, 2011.

The government shall file its response, if any, to Ms. Greig's motion and the materials submitted by her counsel no later than October 12, 2011.

    /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

Date: September 27, 2011

1