UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 11-10286-DPW

UNITED STATES OF AMERICA

v.

CATHERINE E. GREIG

**ORDER AND**
**INITIAL STATUS REPORT**

**September 30, 2011**

BOAL, M.J.

An Initial Status Conference was held before this court on September 29, 2011, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and order.

1. The defendant is in the process of reviewing materials produced to date. No relief from L.R. 116.3 is needed at this time.

2. No schedule for discovery motions is necessary at this time.

3. No expert discovery is expected at this time.

4. The government anticipates providing further discovery.

5. It is premature to determine whether the defendant will file any dispositive motions.

6. In this court's view, this is not a case involving unusual or complex issues for which an early joint conference of the District Judge and the Magistrate Judge with counsel of record would be useful.

7. In this court's view, this is not a case involving features which would warrant special attention or modification of the standard schedule, except to the extent provided herein.

8. It is too early to determine whether a trial will be necessary. A trial, if necessary, will last approximately 15 days.

9. The government shall submit a motion regarding periods of excludable delay within one week of the date of the Initial Status Conference.

10. **An Interim Status Conference has been scheduled for November 29, 2011 at 2:00 p.m.**

                                          / s / Jennifer C. Boal
                                          JENNIFER C. BOAL
                                          UNITED STATES MAGISTRATE JUDGE