UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) ) | CRIMINAL NO. 11-cr-10286-DPW |
| CATHERINE GREIG,<br>            Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

In response to the Court's Order dated September 27, 2011, the parties hereby report that they have conferred on whether the documents the defendant recently submitted to the Court in support of her motion to re-open the detention hearing should be filed on CM/ECF. The parties agreed that the documents should be filed on CM/ECF and that they need not be filed under seal.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

By: **/s/ Jack W. Pirozzolo**
     JACK W. PIROZZOLO
     First Assistant U.S. Attorney
     JAMES D. HERBERT
     Assistant U.S. Attorney
     John Joseph Moakley United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3189

CATHERINE GREIG,
Defendant

By: **/s/Kevin J. Reddington**
1342 Belmont Street, Suite 203
Brockton, Massachusetts 02301
(508) 583-4280
BBO #414160

**CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on October 7, 2011, I served a copy of the foregoing Status Report via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo