UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  11-cr-10286-DPW |
| | ) | |
| CATHERINE GREIG, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To: The Clerk of Court and All Parties of Record:

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

CARMEN M. ORTIZ,
United States Attorney,

By: */s/ Mary B. Murrane*
MARY B. MURRANE
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Dated: October 28, 2011                             (617) 748-3100


## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Mary B. Murrane*
Mary B. Murrane
Dated: October 28, 2011                             Assistant U.S. Attorney