UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 11-10286-DPW

UNITED STATES OF AMERICA

v.

CATHERINE E. GREIG

**ORDER FOR FINAL STATUS CONFERENCE**

November 30, 2011

Boal, M.J.

Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on **Thursday, February 16, 2012 at 2:00 p.m.** at Courtroom 14 on the 5th floor before the Hon. Jennifer C. Boal, U.S.M.J.

Counsel for the defendant shall confer with the Assistant U.S. Attorney and, **no later than the close of business on Monday, February 13, 2012**, the parties shall file a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

      /s/ Jennifer C. Boal
      JENNIFER C. BOAL
      United States Magistrate Judge