UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA,   )
)
v.   )   CRIMINAL NO.  11-cr-10286-DPW
)
)
CATHERINE GREIG,   )
        Defendant.   )
_____)

# UNITED STATES' ASSENTED-TO MOTION
# TO CHANGE PRETRIAL CONFERENCE DATE

The United States hereby submits this assented-to motion to change the date for the pretrial conference currently set in this matter from March 1, 2012 to March 14, 2012.  As grounds for this motion, the United States says that the parties have recently discussed scheduling and determined that moving the pretrial conference to March 14, 2012 will better accommodate the parties' schedules and will otherwise be in the interest of justice.  The United States has conferred with the Defendant regarding this motion and she assents.  The United States requests that the pretrial conference be scheduled for the afternoon of March 14, 2012.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney
By: **/s/ Jack W. Pirozzolo**
    JACK W. PIROZZOLO
    First Assistant U.S. Attorney
    JAMES D. HERBERT
    MARY B. MURRANE
    Assistant U.S. Attorneys
    John Joseph Moakley United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3189

**CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on February 29, 2012, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo

**CERTIFICATE OF CONFERENCE**

I, Jack W. Pirozzolo, hereby certify that on February 28, 2012, I conferred with counsel for the defendant regarding the subject matter of this motion and he assented to the motion.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo