JS 45 (5/97) - (Revised U.S.D.C MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. **III**  Investigating Agency **FBI**

City: **Boston, MA**

County: **Suffolk**

Related Case Information:
- Superseding Ind./ Inf.: **Superseding Information**  Case No. **11-cr-10286-DPW**
- Same Defendant / New Defendant
- Magistrate Judge Case Number: **97-mj-00217-JCB**
- Search Warrant Case Number:
- R 20/R 40 from District of:

FILED IN CLERK'S OFFICE
2012 MAR 13 P 12: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Defendant Information:**

Defendant Name: **Catherine Greig**  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Carol Gasko, Carol Gasco, Helen Marshall, Carol Shapeton, Mrs. Thomas Baxter, Carol Baxter, J.L., P.M., N.S., J.W., C.L., M.R.

Address: **(City & State)**

Birth date (Yr only): **1951**  SSN (last4#): **5309**  Sex **F**  Race: ___  Nationality: ___

Defense Counsel if known: **Kevin Reddington**  Address: **1342 Belmont St, Brockton, MA**

Bar Number: **414160**

**U.S. Attorney Information:**

AUSA: **Jack W. Pirozzolo**  Bar Number if applicable: ___

Interpreter: ☐ Yes ☑ No  List language and/or dialect: ___

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

Arrest Date: **June 22, 2011**

☑ Already in Federal Custody as of **June 22, 2011** in **Plymouth County HOC**
☐ Already in State Custody at ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

Charging Document: ☐ Complaint  ☑ Information  ☐ Indictment
Total # of Counts: ☐ Petty  ☐ Misdemeanor  ☑ Felony  **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **March 12, 2012**  Signature of AUSA: ___

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC s. 371 | Conspiracy to harbor fugitive | 1 |
| Set 2 | 18 USC s. 1028(f) | Conspiracy to Commit Identity Fraud | 2 |
| Set 3 | 18 USC s. 1028(a)(7) | Identity fraud | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** Forfeiture allegations: 18 USC s. 982(a)(2)(B); 18 USC s. 1028 (b)(5)

cr js-45-MA2011.wpd - 3/25/2011