**DEFENDANT'S STATEMENT OF FACTS**

FILED
IN CLERKS OFFICE
2012 MAR 12  P 4: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

In addition to my admission of guilt to the charges set forth in the Superseding Information in this matter, I, Catherine E. Greig, agree and admit to the following:

1. I had a close, personal relationship with James J. Bulger ("Bulger"), which began prior to December 1994 and continued through the time of our arrest in Santa Monica, California on June 22, 2011.

2. I became aware in late 1994 or early 1995 that Bulger had fled Massachusetts. In early January 1995, I became aware that Bulger and a criminal associate, Stephen J. Flemmi ("Flemmi"), were charged with criminal offenses. Around that time, I also became aware from a third party ("John Doe No. 1"), that Flemmi had been arrested and that John Doe No. 1 believed law enforcement was also looking to arrest Bulger. I later became aware that members of law enforcement were searching for Bulger when they spoke to me at my home in Quincy, Massachusetts in early January 1995. In addition, from early January 1995 through June 22, 2011, I was aware that Bulger was wanted for various federal criminal offenses and that law enforcement was seeking to arrest him.

3. In early 1995, I agreed to join Bulger and travel with Bulger during his flight from law enforcement. From January 1995 through June 22, 2011, I also agreed with others, including Bulger, to harbor and conceal him from law enforcement. I engaged in conduct that was intended to help Bulger avoid detection from law enforcement and to provide him with support and assistance during his flight from law enforcement. Bulger and I together used alias identities. We also possessed in the apartment we shared in Santa Monica, California multiple means of identification of other people. We also possessed unlawfully obtained identification documents, including drivers license and social security cards of real people. Together we



falsely posed as a married couple. I also agreed to, and did, pose as Bulger's wife using alias last names of individuals whose identification documents Bulger had unlawfully obtained. I also told false cover stories to people we met in Santa Monica in order to conceal our true identities from law enforcement.

    4.    I also engaged in the following conduct as part of my role in harboring and concealing Bulger from law enforcement.

    a.    In or about February 1995, I drove with Jane Doe No. 1 (whose identity I am aware of) to meet John Doe No. 1 (whose identity I am aware of) at Thomas Park in South Boston, Massachusetts. At that time, I knew that John Doe No. 1 would take me to Bulger and that I would leave the Boston, Massachusetts area with Bulger.

    b.    I met John Doe No. 1 and accompanied him on an approximately hour long drive in and around Boston to defeat possible law enforcement surveillance. We then met Bulger at Malibu Beach in Boston, Massachusetts. I then joined Bulger and together we left the Boston area.

    c.    At various times in 1995 and 1996, Bulger arranged for me to speak with Jane Doe No. 1 and others by telephone. In order to defeat law enforcement efforts to locate him, Bulger would arrange for these calls to be received at the homes of third parties who would not be the subject of law enforcement surveillance, and I spoke to Jane Doe No.1 and others during calls Bulger made to third party locations.

d. I used the alias Mrs. Thomas Baxter at various times. I stayed with Bulger at the Best Western Hotel in Holtsville, New York on September 30, 1995, and I was aware that Bulger checked the two of us into that hotel using the names "Mr. and Mrs. Thomas Baxter."

e. I also used the alias "Helen Marshall," including when I purchased contact lenses at a Walmart in Louisiana in 1996.

f. In 1996, I learned that Bulger's "Thomas Baxter" alias had been made known to law enforcement. Bulger and I stopped using the Baxter aliases after that time.

g. Bulger and I then traveled to Chicago, Illinois, where, in or about July 1996, Bulger and I met with John Doe No. 1 and Jane Doe No. 2 (whose identity is known to me) at a hotel. John Doe No. 1 had delivered false identification documents to Bulger, but Bulger was unhappy with the quality. At the hotel, John Doe No. 1 took photographs of Bulger for use on additional false identification documents. I was present in the hotel room while the photos were being taken and was well aware of the purpose for which the photos were being taken. On that occasion, John Doe No. 1 offered to take photos of me, and I declined.

h. Around that time, Bulger began using the alias "Mark Shapeton" and I began using the alias "Carol Shapeton." We used those aliases in July 1996 when we obtained, and used, a train ticket to travel from Chicago, Illinois, to New York, New York. Bulger and I later traveled back from New York by train to Chicago using the "Shapeton" aliases.



i. After our departure from Boston and through the time we were living in Santa Monica, California, Bulger obtained identification documents of other individuals, including C.W.G., D.G.G., and J.W.L. (whose identities are known to me). I knew that Bulger had possession of identification documents for those individuals. At various times, I used the same last name of "J.W.L.," calling myself "Carol L." when meeting with others, including doctors, who were treating Bulger when he was using the name "J.W.L."

j. Bulger and I also rented an apartment in Santa Monica, California, using the false names "Charles Gasko" and "Carol Gasko."

k. I falsely told individuals associated with the Santa Monica apartment, including the property managers, that my name was "Carol Gasko," that I was married to "Charles Gasko," and that Bulger and I were from Chicago.

l. I also falsely told others, including the property manager at the apartment we rented in Santa Monica that "Charlie" was ill with bronchitis.

m. I also was responsible for delivering the rent payments to the property manager at the Santa Monica apartment. I most often paid in cash, although I sometimes used money orders. I also paid with money orders the apartment's monthly electricity utility bill, which was under the name "Carol Gasko."

n. The identification documents Bulger obtained from J.W.L. included a social security card, California driver's licenses, and a birth certificate, among other things.

4



o.  I obtained an identification document, which had my photograph on it but which displayed a false identity (J.L.) and an unassigned social security number.

p.  On various dates from at least 2002 through 2011, I obtained medical services and prescription medication using the false name (J.L.). I also showed to medical service providers the false identification document I had obtained under the name J.L., including on September 7, 2005, when I submitted to a medical provider a patient identification form using the false name J.L. and supplied that provider the false identification document I had under the name J.L.

q.  On multiple occasions while living in Santa Monica, I provided doctors and other medical service providers a social security number that I knew was not my true social security number and was not assigned to me.

r.  Bulger and I also used other alias identities while in Santa Monica, including the names "John R." and "Mary R." with a dentist who treated Bulger at various times while we were living in Santa Monica.

s.  Bulger also created, and provided to me, business cards with the false name (J.L.) I often used while living in Santa Monica.

t.  Bulger and I also possessed the social security card of a female individual (P.M.), along with a birth certificate and a Los Angeles County Court order documenting a name change for P.M. Bulger also created, and provided to me, business cards with the name P.M. I kept in my bedroom a copy of the business card with the social security number of P.M. and other personal identifying information of P.M. written on the card.



u. Bulger and I also possessed social security information of a female individual (N.S.). I kept in my bedroom a copy of the business card with the social security number of N.S. and other personal identifying information of N.S. written on the card.

v. On more than one occasion, I helped Bulger obtain prescription medication from a pharmacy by claiming to be Bulger's wife. I would sign Bulger's alias J.W.L. to pick up medication from a pharmacy in Santa Monica, California. I admit that I am the person that can be seen on the pharmacy security camera images entering and leaving the pharmacy on June 3, 2011 and that I signed Bulger's alias J.W.L. to pick up prescription medication for him.

w. I obtained cash to pay for groceries, medications, medical services, rent, utilities and other personal and household expenses from Bulger. Neither Bulger nor I were employed from the time we left Boston in 1995 to the time we were arrested on June 22, 2011. My only source of funds during that time was the cash Bulger provided to me.

x. At no time did I use the false identities P.M., N.S., or any other named identities to defraud anyone else of money, goods or other property, although I do readily agree that I was in possession of the false identities and that I used the false identities to fill out forms to obtain medical services.

I have read this statement of facts carefully and discussed it with my attorney. I declare under penalty of perjury that the facts contained in it are true and correct to the best of my knowledge, information, and belief. I understand that the United States reserves the right to present the Court with any other additional facts the United States deems pertinent to the charges and sentencing in this case, including, without limitation, any allegations in the Superseding Information or assertions in the United States' statement of offense conduct to which I have not admitted in this Statement of Facts.

_____
Catherine E. Greig

Dated: 3/7/12