UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**FILED**
In Open Court
USDC, Mass.
Date 3/14/12
By JARRETT LOVETT
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CRIMINAL NO. 1:11-CR-10286-DPW |
| ) | |
| CATHERINE E. GREIG, ) | |
| Defendant. ) | |

## WAIVER OF INDICTMENT

I, Catherine E. Greig, the above-named defendant, who is accused of: (1) one count of conspiracy to harbor a fugitive in violation of 18 U.S.C. § 371; (2) one count of conspiracy to commit identity fraud in violation of 18 U.S.C. § 1028(f); and (3) one count of identity fraud in violation of 18 U.S.C. § 1028(a)(7); being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on March 14, 2012 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Catherine E. Greig
Defendant

_____
Kevin J. Reddington, Esq.
Counsel for the Defendant

Before: _____
Hon. Douglas P. Woodlock
United States District Judge

Dated: 3/14/12