UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED**
In Open Court
USDC, Mass.
Date 3/14/12
By JARRETT LOVETT
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:11-CR-10286-DPW |
| ) | |
| CATHERINE E. GREIG, ) | |
| Defendant. ) | |

## WAIVER OF VENUE

I, Catherine E. Greig, the above-named defendant, who is accused of: (1) one count of conspiracy to commit identity fraud in violation of 18 U.S.C. § 1028(f); and (2) one count of identity fraud in violation of 18 U.S.C. § 1028(a)(7); being advised of the nature of the charges, Rule 18 of the Federal Rules of Criminal Procedure, and that venue for said charges lies in the Central District of California, and that I cannot be compelled to answer said charges in this District, hereby waive venue in open court on March 14, 2012 and consent to being charged with said offenses in this District.

_____
Catherine E. Greig
Defendant

_____
Kevin J. Reddington, Esq.
Counsel for the Defendant

Before: _____
Hon. Douglas P. Woodlock
United States District Judge

Dated: 3/14/12