UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:11-cr-10286-DPW |
| | ) | |
| CATHERINE E. GREIG, | ) | |
| Defendant. | ) | |

**WRIT RESTRAINING THE REAL PROPERTY LOCATED AT
889 EAST FOURTH STREET, SOUTH BOSTON, MASSACHUSETTS**

**WOODLOCK, D.J.,**

Upon consideration of the United States' Application for Issuance of Writs, including a Writ restraining the real property located at 889 East Fourth Street, South Boston, Massachusetts, and pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court finds and rules as follows:

1. On March 12, 2012, a three count Superseding Information was filed in the District of Massachusetts charging Catherine E. Greig (the "Defendant") with Conspiracy to Harbor Fugitive, in violation of 18 U.S.C. § 371 (Count One); Conspiracy to Commit Identity Fraud, in violation of 18 U.S.C. § 1028(f) (Count Two); and Identity Fraud, in violation of 18 U.S.C. §1028(a)(7).

2. The United States has moved for a Writ against the Defendant, her agents, servants, employees, attorneys, family members, all other persons in active concert or participation with her, and all persons in possession or control of the real property identified as:

> the real property located at 889 East Fourth Street, South Boston, Massachusetts, including all buildings and appurtenances thereon, more particularly described in a Quitclaim Deed dated July 23, 2011, and filed in the Suffolk County Registry of Deeds at Book 48181, Page 63 (the "East Fourth Street Property"),

pursuant to 28 U.S.C. § 1651, to preserve the *status quo* and to prevent the Defendant and all other persons with notice of this Writ from removing, transferring, dissipating, alienating, encumbering, or otherwise disposing of any of the East Fourth Street Property.

3. There is reasonable cause for entry of this Writ. The Defendant's guilty plea to all counts of the Superseding Information has established that the Defendant is subject to the imposition of fines and/or penalties at sentencing, up to $250,000 per count. The Court therefore concludes that a Writ is necessary to preserve the availability of the East Fourth Street Property for possible satisfaction of any fines and/or penalties imposed by the Court upon entry of a judgment against the Defendant.

It is hereby ORDERED that this Writ issue with respect to the East Fourth Street Property.

It is further ORDERED that defendant Catherine E. Greig, her agents, servants, employees, attorneys, family members, all other persons in active concert or participation with her, and those persons, financial institutions, or other entities who have any possession, interest or control over the East Fourth Street Property subject to this Writ, shall not, without prior approval of this Court, upon notice to the United States and an opportunity for the United States to be heard:

    a) alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the East Fourth Street Property, in any manner, directly or indirectly;

    b) cause the East Fourth Street Property to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner; or

    c) take, or cause to be taken, any action which could have the effect of concealing the East Fourth Street Property, removing the East Fourth Street Property from the jurisdiction of this Court, or damaging, depreciating, or diminishing the value of, the East Fourth Street Property.

The Defendant is hereby placed on notice that if the East Fourth Street Property is transferred, dissipated, or disposed of by any means, and without approval of this Court, the Court may require the Defendant to account to the Court for the disposition and location of the East Fourth Street Property and any proceeds traceable thereto.

It is further ORDERED that the owner(s) of the East Fourth Street Property are required to maintain the present condition of the East Fourth Street Property, including timely payment of all mortgage payments, insurance, utilities, taxes, and assessments until further order of this Court.

It is further ORDERED that anyone holding a mortgage or lien on the East Fourth Street Property shall respond promptly to requests by the United States for information on said mortgage or lien's current status.

The United States, or its agents, shall serve this Writ upon the Defendant and shall provide due notice of the Writ to other persons and entities subject to the Writ.

It is further ORDERED that such persons and entities, upon receipt of such notice, which may be provided by facsimile transmission, shall fully comply with the terms of this Writ immediately upon such receipt.

This Writ shall remain in effect until further order of the Court.

SO ORDERED THIS _____ DAY OF _____, 2012.

_____
DOUGLAS P. WOODLOCK
United States District Judge