UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  1:11-cr-10286-DPW |
| | ) | |
| CATHERINE E. GREIG, | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO WITHDRAW DOCKET ENTRY NUMBER 65

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby respectfully moves to withdraw the motion for Writ of Garnishment, including the Affidavit in Support, the Proposed Orders and the Notice of Garnishment and Instructions docketed as Docket Number 65 on March 16, 2012.  In support of this motion, the United States submits that it has on this day filed an Application for Writs, which supersedes the relief requested in Docket Number 65.

WHEREFORE, the government requests that this Court grant this motion to withdraw the motion for Writ of Garnishment at Docket Number 65.

    Respectfully submitted,

    CARMEN M. ORTIZ,
    United States Attorney,

By:    */s/ Mary B. Murrane*
    JACK W. PIROZZOLO
    First Assistant U.S. Attorney
    JAMES D. HERBERT
    MARY B. MURRANE
    CHRISTOPHER R. DONATO
    Assistant United States Attorneys
    U.S. Attorney's Office
    1 Courthouse Way, Suite 9200
    Boston, MA 02210

Dated: March 21, 2012    (617) 748-3100

**CERTIFICATE OF SERVICE**

      I, Mary B. Murrane, hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                                                          */s/ Mary B. Murrane*
                                                                                          Mary B. Murrane
Dated: March 21, 2012                                  Assistant U.S. Attorney