UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:11-cr-10286-DPW |
| ) | |
| CATHERINE E. GREIG, ) | |
| Defendant. ) | |

### WRIT RESTRAINING THE REAL PROPERTY LOCATED AT
### 16 HILLCREST ROAD, QUINCY, MASSACHUSETTS

**WOODLOCK, D.J.,**

Upon consideration of the United States' Application for Issuance of Writs, including a Writ restraining the real property located at 16 Hillcrest Road, Quincy, Massachusetts, and pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court finds and rules as follows:

1. On March 12, 2012, a three count Superseding Information was filed in the District of Massachusetts charging Catherine E. Greig (the "Defendant") with Conspiracy to Harbor Fugitive, in violation of 18 U.S.C. § 371 (Count One); Conspiracy to Commit Identity Fraud, in violation of 18 U.S.C. § 1028(f) (Count Two); and Identity Fraud, in violation of 18 U.S.C. §1028(a)(7).

2. The United States has moved for a Writ against the Defendant, her agents, servants, employees, attorneys, family members, all other persons in active concert or participation with her, and all persons in possession or control of the real property identified as:

> the real property located at 16 Hillcrest Road, Quincy, Massachusetts, including all buildings and appurtenances thereon, more particularly described in a deed dated September 11, 1986, and filed in the Norfolk County Registry District of the Land Court as Document No. 500835 (Certificate of Title No. 124513 in Registration Book 623, Page 113)(the "Hillcrest Road Property"),

pursuant to 28 U.S.C. § 1651, to preserve the *status quo* and to prevent the Defendant and all other persons with notice of this Writ from removing, transferring, dissipating, alienating, encumbering, or otherwise disposing of the Hillcrest Road Property.

3. There is reasonable cause for entry of this Writ. The Defendant's guilty plea to all counts of the Superseding Information has established that the Defendant is subject to imposition of fines and/or penalties at sentencing, up to $250,000 per count. The Court, therefore, concludes that a Writ is necessary to preserve the availability of the Hillcrest Road Property for possible satisfaction of any fines and/or penalties imposed by the Court upon entry of a judgment against the Defendant.

It is hereby ORDERED that this Writ issue with respect to the Hillcrest Road Property.

It is further ORDERED that defendant Catherine E. Greig, her agents, servants, employees, attorneys, family members, all other persons in active concert or participation with her, and those persons, financial institutions, or other entities who have any possession, interest or control over the Hillcrest Road Property subject to this Writ, shall not, without prior approval of this Court, upon notice to the United States and an opportunity for the United States to be heard:

  a) alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the Hillcrest Road Property, in any manner, directly or indirectly;

  b) cause the Hillcrest Road Property to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner; or

  c) take, or cause to be taken, any action which could have the effect of concealing the Hillcrest Road Property, removing the Hillcrest Road Property from the jurisdiction of this Court, or damaging, depreciating, or diminishing the value of, the Hillcrest Road Property.

The Defendant is hereby placed on notice that if the Hillcrest Road Property is transferred, dissipated, or disposed of by any means, and without approval of this Court, the Court may require the Defendant to account to the Court for the disposition and location of the Hillcrest Road Property and any proceeds traceable thereto.

It is further ORDERED that the owner(s) of the Hillcrest Road Property are required to maintain the present condition of the Hillcrest Road Property, including timely payment of all mortgage payments, insurance, utilities, taxes, and assessments until further order of this Court.

It is further ORDERED that anyone holding a mortgage or lien on the Hillcrest Road Property shall respond promptly to requests by the United States for information on said mortgage or lien's current status.

The United States, or its agents, shall serve this Writ upon the Defendant and shall provide due notice of the Writ to other persons and entities subject to the Writ.

It is further ORDERED that such persons and entities, upon receipt of such notice, which may be provided by facsimile transmission, shall fully comply with the terms of this Writ immediately upon such receipt.

This Writ shall remain in effect until further order of the Court.

SO ORDERED THIS **22d** DAY OF **March**, 2012.

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
United States District Judge

