UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>v.<br><br>CATHERINE E. GREIG,<br>         Defendant,<br><br>EASTERN BANK,<br>MT. WASHINGTON BANK,<br>         Garnishees. | CRIMINAL NO. 1:11-cr-10286 |

## CLERK'S NOTICE OF GARNISHMENT
## AS TO EASTERN BANK AND MT. WASHINGTON BANK

TO:    CATHERINE E. GREIG
         MARGARET A. MCCUSKER
         KATHLEEN MCDONOUGH

You are hereby notified that non-exempt funds are being taken by the United States of America to be applied towards potential Court ordered criminal monetary penalties.

Also, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions that apply in Massachusetts.

You have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing. You must either mail it or deliver it in person to the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also send a copy of your request to the United States Attorney's Office, AUSA Mary B. Murrane

located at One Courthouse Way, Suite 9200, Boston, MA 02210, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property is exempt. If you do not request a hearing within 20 days of receiving this notice, your funds or property may be withheld and applied to pay your potential criminal monetary penalties.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

March 22, 2012        _____
                      CLERK, UNITED STATES DISTRICT COURT

