UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CATHERINE E. GREIG, )<br>      Defendant. )<br>_____) | CRIMINAL NO. 1:11-cr-10286<br><br>Record Owner:<br>Catherine Greig<br><br>Property:<br>889 East Fourth Street<br>South Boston, Massachusetts<br><br>Registry of Deeds<br>Suffolk County<br>Book: 48181 Page: 63 |

## *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE in the above-captioned criminal matter against, CATHERINE E. GREIG, the property located at 889 East Fourth Street, South Boston, Massachusetts, including all buildings, appurtenances, and improvements thereon (hereinafter the "Property") may be subject to levy to satisfy any criminal fines or penalties imposed against her.

For title to the Property, see Book 48181, Page 63 of the Suffolk County Registry of Deeds.

                                              Respectfully submitted,

                                              CARMEN M. ORTIZ
                                              United States Attorney

                                 By:    /s/ Mary B. Murrane
                                              MARY B. MURRANE
                                              Assistant U.S. Attorney
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3260

Dated: March 21, 2012

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

### OATH

The undersigned Mary B. Murrane, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

> Mary B. Murrane
> Assistant U.S. Attorney

Dated: 3/21/12

Then personally appeared the above-named Mary B. Murrane, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 21 day of March, 2012.

> NOTARY PUBLIC
> My Commission expires:
>
> Patrick E. Dolan
>
> PATRICK E. DOLAN
> NOTARY PUBLIC
> COMMONWEALTH OF MASSACHUSETTS
> MY COMMISSION EXPIRES
> JANUARY 24, 2014

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

Douglas P. Woodlock
United States District Judge
Date: March 22, 2012



3