UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>CATHERINE E. GREIG,<br>    Defendant. | CRIMINAL NO. 1:11-cr-10286<br><br>Record Owner:<br>Catherine E. Gaeig (a/k/a Catherine E. Greig)<br><br>Property:<br>16 Hillcrest Road<br>Quincy, Massachusetts<br><br>Registry of Deeds<br>Norfolk County<br>Book: 623  Page: 113 |

## ***LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE in the above-captioned criminal matter against, CATHERINE E. GREIG, the property located at 16 Hillcrest Road, Quincy, Massachusetts, including all buildings, appurtenances, and improvements thereon (hereinafter the "Property") may be subject to levy to satisfy any criminal fines or penalties imposed against her.

For title to the Property, <u>see</u> Book 623, Page 113 of the Norfolk County Registry of Deeds, reflecting the deed on the property on September 11, 1986.

                    Respectfully submitted,

                    CARMEN M. ORTIZ
                    United States Attorney

By:    /s/ Mary B. Murrane
        MARY B. MURRANE
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3260

Dated: March 21, 2012

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Mary B. Murrane, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

Mary B. Murrane
Assistant U.S. Attorney

Dated: 3/21/12

Then personally appeared the above-named Mary B. Murrane, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 21 day of March, 2012.

NOTARY PUBLIC
My Commission expires:



PATRICK E. DOLAN
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES
JANUARY 24, 2014

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

United States District Judge
Date: March 22, 2012

3