Maureen England

March 21, 2012

MAR 27 2012
Docket and
to Probation

US District Judge Donald P. Woodlock
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Woodlock,

I am writing to you today on behalf of Catherine Elizabeth Greig.

I have known Cathy my entire life. We grew up in the same 3 family home. Our parents were friends from childhood and I referred to her grandmother as "Gramma". I consider her family.

Cathy was a superior student. She was "woman of the year" in her South Boston high school graduating class of 1969 and ironically, my own sister was the same in the following year. Cathy then went on to Forsyth Dental School to study to be a dental hygienist while working for a local dentist as his dental assistant. My father, although hard working, was not a wealthy man, by any means. In fact, as a longshoreman, my father was often out of work. Cathy made sure that we had access to dental care both through her employer locally and in her student services at Forsyth. I spent 15 years working as a police dispatcher for the Boston Police leaving only after the birth of my second child in 1989. My first child, a boy, was born with multiple mental and physical disabilities. He is now 24, mentally retarded and autistic. For the last fifteen years I have worked as a 1:1 educational assistant , for autistic students, in the Sharon Public School System. My 2 older children have fond memories of Cathy and my youngest child looks forward to meeting her.

Cathy has suffered much tragedy in her life. Her father , long deceased, was an alcoholic. Her brother and nephew tragically committed suicide.. Her mother and a sister both passed away during the time that Cathy was gone. Cathy has only her identical twin sister left from her immediate family of six. Cathy is about 6 years older than myself and I emulated her. She was smart, articulate and kind. She was and I am sure, still is , a lover of animals. I have never, ever known Cathy to do anything wrong, never mind criminal. I have never even heard her curse or say an unkind word about anyone. I do believe, however, that eventually, Cathy made some very bad choices.

I ask you for leniency for Cathy in both her sentencing and in her future location. As I mentioned previously, her only surviving immediate family member, is her sister, Margaret McCusker. Margaret has long been diagnosed with a chronic heart ailment. As you can imagine, the stress of this case, with the media attention and the public outcry has been very difficult. During the time that Cathy was gone I witnessed Margaret grieving for her twin, not knowing whether or not her sister was even alive. I ask you today for leniency and consideration in the fact that Margaret will not have a hardship in visiting with her only surviving sibling, her identical twin sister, Catherine Greig.

I thank you in advance for any consideration given to this matter.

Sincerely,

Maureen England