**⊘Eastern Bank**

195 Market Street
Lynn, MA 01901-1508

## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| United States of America, ] | |
|       Plaintiff ] | Criminal No. 1:11-cr-10286 |
| Vs. ] | |
| Catherine E. Greig, ] | Answer of Garnishee |
|       Defendant ] | |
| Eastern Bank, ] | |
|       Garnishee ] | |

Eastern Bank, Summoned as garnishee for the defendant, Catherine E. Greig, in the above-entitled matter, says that at the time of service of the Writ of Garnishment upon Eastern Bank on March 22, 2012; it had in its possession, no goods, effects, or credits that are unconditionally due the defendant.

Signed under the penalties of perjury by Nicole Koziski, Operations Manager of Eastern Bank, this 26th day of March 2012.

_____Nicole Koziski_____

### Certificate of Service

I, Nicole Koziski, hereby certify that on this date I served a copy of the within Answer of Trustee upon the Plaintiff, Untied States of America, by mailing a copy of the same, postage prepaid, this date addressed to:

United States Attorney's Office
Financial Litigation Division
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Kathleen McDonough Alkauskas
154 M Street
Apt. #2
South Boston, MA 02127-3174

Kevin J. Reddington, Esq. (Legal Counsel for Catherine Greig)
Law Offices of Kevin Reddington
1342 Belmont Street, Suite 203
Brockton, MA 02301

Richard M. Lane, Esq.
Law Offices of Richard Lane
546 East Broadway
South Boston, MA 02127

George F. Gormley, Esq.
George F. Gormley, P.C.
755 East Broadway
South Boston, MA 02127

Margaret McCusker
889 E. 4th Street
South Boston, MA 02127-3221

Date: March 26, 2012

_____Nicole Koziski_____