UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
11-10286-DPW

UNITED STATES OF AMERICA

VS.

CATHERINE GREIG

## MOTION FOR HEARING

Now comes Margaret McCusker, a party in the above numbered matter and respectfully requests a hearing as it relates to her objections to restrain her home located at 889 East Fourth Street, South Boston, Massachusetts which objections have been filed on or about March 30, 2012 with this Honorable Court.

                    Respectfully Submitted By:
                    Margaret McCusker
                    By her attorney

                    /s/Richard M. Lane, Esq.