UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiff,      ) | |
| v.      ) | CRIMINAL NO. 1:11-cr-10286 |
|      ) | |
| CATHERINE E. GREIG,      ) | |
| Defendant,      ) | |
|      ) | |
| EASTERN BANK,      ) | |
| MT. WASHINGTON BANK,      ) | |
| Garnishees.      ) | |
|      ) | |

## <u>CERTIFICATION OF SERVICE AS TO INTERESTED PARTIES<br>TO EASTERN BANK AND MT. WASHINGTON BANK</u>

      The Plaintiff, United States of America, certifies that the following interested parties

related to the above-captioned matter, were properly served by certified mail on the date listed:

| | |
|---|---|
| Kevin J. Reddington, Esq.<br>(*Legal Counsel for Catherine E. Greig*)<br>Brockton, MA | March 27, 2012 |
| Richard M. Lane, Esq.<br>(*Legal Counsel for Margaret McCusker*)<br>South Boston, MA | March 28, 2012 |
| Margaret McCusker<br>South Boston, MA | March 26, 2012 |
| George F. Gormley, Esq.<br>South Boston, MA | March 26, 2012 |
| Kathleen McDonough Arlauskas<br>South Boston, MA | April 3, 2012 |

The Plaintiff, United States of America, further certifies that the parties listed above were served with the following documents:

1.      Copy of Application for Writs.

2.      Copy of Affidavit Supporting United States' Application for Writs.

3.      Copy of Memorandum in Support of the Application of the United States For Issuance of Writs.

4.      Signed Copy of Writ of Garnishment to Eastern Bank.

5.      Signed Copy of Writ of Garnishment to Mt. Washington Bank.

6.      Signed Copy of Clerk's Notice of Garnishment as to Eastern Bank and Mt. Washington Bank.

7.      Notice of Garnishment and Instructions.

8.      Request for Hearing.

9.      Answer of the Garnishee and Attachment to Answer of Garnishee.

10.     Instructions to Garnishee.

11.     Instructions to Defendant And Other Interested Parties on How to Claim Exemptions.

12.     Claim for Exemption Form.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     _/s/ Christopher R. Donato_____
        JACK W. PIROZZOLO
        First Assistant United States Attorney
        JAMES D. HERBERT
        MARY B. MURRANE
        CHRISTOPHER R. DONATO
        Assistant United States Attorneys
        U.S. Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
Date: April 20, 2012                    (617) 748-3100

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, this document was filed through the ECF system electronically and to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

/s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant United States Attorney