UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>        Plaintiff,    )<br>  v.    )<br>    )<br>CATHERINE E. GREIG,    )<br>        Defendant,    )<br>    ) | CRIMINAL NO. 1:11-cr-10286 |

## CERTIFICATION OF SERVICE OF DOCUMENTS
## AS TO REAL PROPERTY LOCATED AT 16 HILLCREST ROAD,
## QUINCY, MASSACHUSETTS

The Plaintiff, United States of America, certifies that the following interested parties related to the above-captioned matter, were properly served by certified mail on the date listed:

    Kevin J. Reddington, Esq.               March 27, 2012
    *(Legal Counsel for Catherine E. Greig)*
    Brockton, MA

    Quincy Assessor's Office                 March 26, 2012
    Quincy, MA

The Plaintiff, United States of America, further certifies that the parties listed above were served with the following documents:

1. Copy of Application for Writs.

2. Copy of Affidavit Supporting United States' Application for Writs.

3. Copy of Memorandum in Support of the Application of the United States for Issuance of Writs.

4. Copy of United States' Motion for Finding and Endorsement of Memorandum of Lis Pendens.

5. Copy of Writ Restraining the Real Property Located at 16 Hillcrest Road, Quincy, Massachusetts.

6. Copy of Lis Pendens for 16 Hillcrest Road, Quincy, Massachusetts.

      Respectfully submitted,

      CARMEN M. ORTIZ
      United States Attorney

By:    /s/ Christopher R. Donato
      JACK W. PIROZZOLO
      First Assistant United States Attorney
      JAMES D. HERBERT
      MARY B. MURRANE
      CHRISTOPHER R. DONATO
      Assistant United States Attorneys
      U.S. Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100

Date: April 20, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, this document was filed through the ECF system electronically and to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

      /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant United States Attorney