# LAW OFFICE OF RICHARD M. LANE

587 East Broadway, Unit 1
South Boston, MA  02127
(617) 268-4230  Fax: (617) 268-0040

May 11, 2012

Honorable Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
Suite 4110
1 Courthouse Way
Boston, Mass.  02210

      Re: U.S. vs. Catherine Greig
          Docket # 11-CR-10286 DPVW

Dear Judge Woodlock,

      Please be advised that this office represents Ms Margaret McCusker, individually and in her capacity as Durable Power of Attorney for her twin sister, Catherine Greig in the above-entitled matter.

      On " March 12, 2012", the U.S. Attorney's office filed an **"ex parte"** application for Writs of Garnishment and Writs to Restrain in part, real property which Ms. McCusker owns, more specifically 889 East Fourth Street, South Boston, MA  02127. On March 22, 2012, this Court entered **"ex parte"** Writs against Ms. McCusker's real property as well as garnishing the Mount Washington Bank Account of Catherine Greig, (Acct. # ending in 8733) for which Ms. McCusker is Durable Power of Attorney.  This account is the account from which Ms. McCusker pays the bills for 16 Hillcrest Road, Squantum, MA 02171.

      On behalf of Ms. McCusker, responses to the Writs were filed on or about March 30, 2012 and a request for Oral Argument was made.  The Objections and request appear to have been electronically recorded on or about April 3, 2012.  It was my understanding that an immediate hearing would be scheduled, where it was an **"ex parte"** order and Ms. McCusked was not given notice nor heard on the matter.

      After two weeks without any response from the Court, I contacted the Docket Clerk and it was suggested to file a " Motion for a Hearing" on the matter, which was filed on or about April 18, 2012.  To date, the matter has not been marked for hearing.

In the interim, Ms. McCusker has been presented several bills concerning 16 Hillcrest Road, including the May 1, 2012 tax bill, Water & Sewer bill, Insurance bill and landscaping bills which cannot be paid because this account is garnished and money frozen. Also, Ms. McCusker has received notice that her Equity Line of Credit (which was encumbered, **prior**, to your order) is also frozen. I do not believe it was the intent of this Court to create these type or hardships in making its ruling.

The purpose of this letter is to request this Court to order Mount Washington Bank to release sufficient funds to Ms. Margaret McCusker to pay these legitimate bills in order for her to comply with the Court's original order.

Secondly, request is made that a hearing be scheduled immediately regarding the restraint on Ms. McCusker 's 889 East Fourth Street property to which she is entitled as a matter of law.

Thank you for your kind attention to this matter.

I have mailed a copy of this letter this day to the U.S. Attorney.

Very truly yours,

Richard M. Lane

cc: U.S. Attorney's Office
    Margaret McCusker
    Attorney Kevin Reddington