UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>CATHERINE GREIG,        )<br>    Defendant,   )<br>)<br>MT. WASHINGTON BANK,    )<br>    Garnishee.   ) | Criminal No. 11-cr-10286-DPW |

### FIRST AMENDMENT TO WRIT OF GARNISHMENT

GREETINGS TO:   MT. WASHINGTON BANK

On March 22, 2012, this Court issued a Writ of Garnishment to you regarding any property in your possession, custody or control owned by the defendant Catherine Greig. Among other provisions, the Writ ordered that you withhold and restrain any non-exempt property of Greig. By issuance of this First Amendment to Writ of Garnishment, you are hereby authorized and instructed to continue to withhold and restrain such property, except that Mt. Washington Bank is instructed to release $2,763.33 from the restrained deposit account ending in 8733 to Margaret McCusker, in her capacity as agent for defendant Catherine Greig pursuant to a durable power of attorney, as follows:

   a.   certified check made payable to the City of Quincy, Sewer, Water, Drain Department, in the amount of $211.57;

   b.   certified check made payable to the City of Quincy, Office of the Collector of Taxes, in the amount of $1,272.76;

   c.   certified check made payable to Kiley & O'Toole Insurance, Inc., in the amount of $676.00;

   d.   certified check made payable to Richard Lane, attorney at law, in the amount of $253.00; and

1

  e.  certified check made payable to Catherine Greig, in the amount of $350.00.

Except as set forth herein, the Writ of Garnishment issued March 22, 2012, shall remain in effect until further order of the Court.

                SARAH A. THORNTON
                Clerk, United States District Court,

          By: _____
                Deputy Clerk

DATED: 6/1/12

