AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | APPEARANCE |
|---|---|
| V. | |
| Catherine Greig | Case Number: 11-10286-DPW |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Catherine Greig

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☐ Retained
☑ Pro Bono

6/12/2012
Date

*/s/ Jeffrey K. Clifford*
Signature

Jeffrey K. Clifford          641508
Print Name                   Bar Number

21 McGrath Hwy Ste. 501
Address

Quincy          MA          02169
City            State       Zip Code

(617) 472-2300          (617) 328-8504
Phone Number            Fax Number