5-25-12

U.S.Department of Justice                                    Thomas Angeli
United States Attorney's Office
District Of Massachusetts
United States Courthouse
1Courthouse Way, Suite 9200
Boston, MA 02210

Dear Judge Woodlock

    In 1973 we lost our uncle (Joseph Notarangeli), in 1974 we lost our Dad (Alfred Angeli). I was given the opportunity to explain how Catherine Greig actions have affected me. It has affected our whole family, we have 4 cousins that have grown without a dad I have 2 brothers and 3 sisters. I never thought there would be anyone held responsible for our family's loss.

    Then the whole thing came out, back when charges where brought against Bulger, the consideration that has been given to others involved and the way its presented in the press wears on you, constantly having to relive what happened and waiting for do process has been a burden I would not wish on anyone.

    My wife and I just became grandparents; we have raised two wonderful daughters that have grown married and have become so successful in life. They have become what every Mom & Dad wishes their children to be. Everyday I think about my Dad, there have been so many changes in our family since his death. When you reach a mile stone and you want to share it with your Dad and you look at what he's missing, it is one of the greatest losses. This is something that carries over to our children as well as our other family members.

    I want the people that are in charge of this prosecution to know that being able to hide from the law (now that we know what happened) and bearing this on a regular bases is as heart wrenching as missing our father & uncle. It is overwhelming when you hear in the news. from what is reported that Bulger and Greig seemed to be protected. I find it hard to believe there was no contact with their other family's members. I wonder often why the brother of this woman's partner Mr. Bulger (A FORMER LAW MAKER) hasn't been held accountable in some way.

    I have never wanted anything monetarily for my family's loss, I have always hoped for justice and accountability.

    When I hear of the 19 victims, it always makes me pause because there are so many more when you add up the lives and extend out to all the brothers, sisters. aunts uncles, nieces etc. the loss is enormous.

    I don't wish bad on anybody but with out question would be grateful for accountability and prosecution of all involved to fullest extent of our laws. I personally don't believe myself will ever have full closure, but I know that I would be grateful to see Justice. This won't make me miss my loved ones less but would help in moving on.

Sincerely Yours

Thomas Angeli