**VICTIM IMPACT STATEMENT of PAUL C. MCGONAGLE AND FAMILY**

<u>**CATHERINE GRIEG SENTENCING (JUNE 12, 2012)**</u>

Catherine Grieg was my aunt by marriage. She was married in 1971 to my youngest uncle, Bob McGonagle. She was welcomed into our family and I spent many hours with her at her mother, Janette's, house as a boy. I traveled with her for vacations and other family activities in and around the Boston area. I always regarded Catherine not just as a relative but as a real friend.

James "Whitey" Bulger is charged with the murder of my father, Paul McGonagle, in an indictment pending in this Court.

My family, including my mother, brother, uncle and aunts, feel that Catherine Grieg betrayed our family in aiding and abetting Bulger to remain a fugitive for 16 years before being apprehended. This woman, once married to my Uncle Bob, provided invaluable assistance to Bulger to remain free and avoid punishment for his many crimes. She well knew who and what Whitey Bulger was and made a willing and conscious decision to help him to remain free.

The last time I saw my father, he was on his way to pick up my brother, Sean, at a local ice rink. He never returned. My mother, Mary, was 36 years old. My brother, Sean was 10 and I was 14. My father simply disappeared as far as we were concerned. Twenty-seven years would go by before we knew his fate. During these years, I carried his picture with me always. Everywhere I went, for business or pleasure, I looked for him.

My father was a great father, brother, friend and husband. No matter his faults, he did not deserve to die as he did.

When my father disappeared, my mother, Mary, became the sole bread winner. She worked to support us as a court officer in Boston for 33 years. She did an outstanding job raising my brother and me under the circumstances and my brother and I have gone on to lead productive lives, have families and given our mother 3 grandchildren.

It is my family's firm belief that Catherine Grieg was aware of Bulger's involvement in the murder of my father. Catherine Grieg has shown herself to have a knowing and willful disregard for the law but also a callous disregard to me and my family.

The pain and loss that I, and my family, felt for the many years my father was missing is only exacerbated by the fact that Catherine Grieg, once a member of our family, aided the murderer of my father to remain free for 16 years.

**VICTIM IMPACT STATEMENT of PAUL C. MCGONAGLE AND FAMILY (cont'd)**

For these facts we urge this Court to give Catherine Grieg a sentence fitting the seriousness of her crimes. Due to the personal relationship she had with my family, we feel she should be sentenced to the maximum possible under the law.

Respectfully submitted,

*Paul C. McGonagle*  5-8-12
Paul Charles McGonagle