June 4, 2012

Honorable Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
Suite 4110
1 Courthouse Way
Boston, Mass. 02210

Dear Judge,

    I think it is important that you know and understand Cathy's upbringing as it relates to how she arrived before you today. As her twin sister I believe I am in a unique position to explain to you that background.

    Cathy and I grew up in South Boston, Ma. We were born in 1951. We were the oldest of 4 children, we had a brother that was 8 years younger and a sister who was 10 years younger than us.; Cathy was not the kind of girl to become an international fugitive from justice. I always viewed Cathy as the "good" twin. We grew up in a family environment that did not interact with society well. In some ways it was a lonely life. The reason was the secret our family was keeping: my father drank to excess.. Now I realize it was hardly a problem unique to our family, probably half of our friends had at least one alcoholic parent, but my point is that growing up, Cathy did not have a strong father figure in her life. Cathy was fortunate to have been nurtured by her grandmother whom she spent most afternoons.

    Cathy was an excellent student and both of us passed the test to get into Boston Latin School. But because of family concerns, we went to the Gavin Middle School and then South Boston High, both within walking distance of home. In High School, she was voted "most likely to succeed".

    Cathy went the academic route and planned to go to college. She was always ladylike and soft spoken. She held a job all through high school. She took the dental hygiene program at Forsyth where they later offered her a teaching position.

    She did not date much. I introduced her to her husband.who was her only serious relationship before Jimmy Bulger. Her marriage only lasted a year and then her relationship with Jimmy Bulger began.

    Knowing Jim Bulger myself, I can say that he could be a very charismatic, charming person. Cathy saw a side of Jimmy Bulger that the tough guys who worked for him never did. He had a certain power over people. He was still viewed by some as a neighborhood Robin-Hood and seen by some as a celebrity. If he decided he wanted you to like him. you would like him. He was always in control.

    Cathy never possessed an evil bone in her body and was never involved in any of Jimmy Bulger's activities. I cannot speak to exactly why she left with him, but she had a sense of duty to care for people that most of us do not have. She has touched many with her kind acts and her

love for animals is unsurpassed. She left with Jimmy Bulger in 1995 before any of the alleged murders had come to the surface in 1999, when even the FBI was unaware of them.

It appears now that since she was away she and James Bulger lived a fairly modest life similar to that of an average married couple. I think there should be some recognition for her conduct in helping others even while away. Also it should be noted the positive influence she had upon Bulger. It is evident that Cathy continued to help out others during that journey, i e like helping a young boy in Louisiana get the eye care that he desperately needed. She is portrayed by the media and the U.S. Attorney's Office as person who is corrupt; that assertion is so far from the truth. She did not participate in any criminal enterprise then or now. She is guilty of falling for someone that was involved in those kind of things. She is not alone. Many women fall prey to being attracted to the wrong kind of guy. There were others referred to in this case, such as his earlier long time girlfriend, a lovely person, who has not been depicted in the same light as Cathy who had partnered with Jimmy for as long as Cathy.

Her life was surrounded by tragedy with the deaths of her brother, her father and my son. My family has suffered over the years because of her disappearance and we have paid a significant price. We could not share our sorrow with Cathy in the death of our mother or our sister. I personally did not know whether my sister was alive or dead and have been under substantial scrutiny for the last 16 years.

Cathy and I can feel the hurt of the victim's family's for the loss of their loved ones. We know through personal experience their pain. However, we've had nothing to do with their loved one's deaths.

I respectfully ask the court to consider my plea to lessen that pain in considering your sentencing decision.

Kindly consider these factors in your deliberation toward sentencing.

Thank you for listening.

Respectfully,

*Margaret M. Cusker*

Margaret McCusker