## VICTIM IMPACT STATEMENT

Court Docket No. 11-CR-10286
Case Name: United States v. Catherine E. Greig

Victim's Name: Debra Davis

My name is Steven Davis. I am filing this Victim Impact Statement on behalf of my entire family and certainly on behalf of my sister, Debra Davis.

My sister's name is Debra Davis; she was the long time girlfriend of Steven Flemmi. On September 18, 1981 my sister was brutally murdered in South Boston. She was strangled to death by Steven Flemmi and James "Whitey" Bulger after being duct taped to a chair in the basement of Flemmi's parents' house. Just prior to strangling Debra, Flemmi had the audacity to kiss my sister on the forehead and to tell her, "She was going to a better place." Debra's body was then taken to a marshy area near the Neponset River in Quincy and buried. Her body remained there undiscovered for the next twenty (20) years. My sister was an intelligent, beautiful, twenty-six (26) year old woman at the time of her brutal murder.

It is now beyond dispute that Flemmi and Bulger were actively protected by the FBI through the 1970's, 80's and mid 90's. Thus, they were never investigated for my sister's death or any other murder they had committed while acting as informants for the FBI.

Debra's remains were not discovered until October of 2000 when Kevin Weeks, a Bulger associate, cooperated with the Massachusetts State Police and the U.S. Attorney's Office and led them to the graves of Bulger and Flemmi's many victims.

My brothers and I were present every day as we watched the heavy machinery dredge the Quincy shoreline for my sister Debra's remains. My brothers and I will never be able to erase those images of the search for my sister's body. It was a difficult, traumatic and emotional time for my entire family.

Finally, on the last day of digging Debra's remains were discovered. We were able to inform my mother that her daughter had finally been found.

My mother Olga and my sister Debra were as close as a mother and daughter could be. My mother never stopped searching for her daughter Debra from the day she went missing. My mother suffered tremendous emotional distress on a daily basis in the years between 1981 and 2000. Everywhere she turned for help she was turned away. It took 20 years for my mother to find out what happened to her daughter. The toll this took on my mother is indescribable.

My entire family was effectively destroyed over my sister's disappearance and death. Each one of us in our own way has paid an emotional price due to the havoc caused by my sister's disappearance and death.

Unfortunately, my mother passed away in 2007 and did not live to see Bulger captured and prosecuted for the unspeakable horrors he had inflicted on Debra in her last moments of life.

However, my family does wish to thank Assistant U.S. Attorney Fred Wyshack, Col. Tom Foley and Sergeant Steve Johnson of the Massachusetts State Police and DEA Agent Dan Doherty for all of their efforts in recovering my sister's remains and bringing these murderous monsters to justice. They are the true heroes in this long sad story.

One of the main reasons my mother was unable to live long enough to witness the capture and prosecution of Bulger was the tremendous amount of assistance Bulger received from this defendant, Catherine Greig.

As we all know, Bulger was first indicted in 1995. In 2000 he was re-indicted in this Court for the murder of 19 individuals. Both of these indictments were heavily publicized and certainly known to Catherine Greig.

It is without dispute, that in 2000 the public and the press became aware of Bulger and Flemmi's 20 year murderous rampage. Through those years they had been actively protected by the FBI and during this period they had managed to murder at least 19 people.

Catherine Greig made a conscious decision to flee with Bulger in 1996. Bulger's fugitive status was well known to the public and certainly to Catherine Greig when she decided to flee with him. Even after the public revelations of Bulger's numerous murders in 2000, Catherine Greig chose to stay with him.

Catherine Greig assisted Bulger by posing as his wife; she helped him obtain false identities, and she obtained matching false identities in an effort to shield him from capture; she obtained his medications for him; she assisted him by paying for the rent and groceries in cash so he would not be detected; she assisted him in paying for utilities and other necessaries all in an attempt to elude law enforcement authorities. She has shielded him from prosecution for 16 years. Without her assistance, it is doubtful that Bulger would have avoided capture for so long.

Catherine Greig's acts were not the acts of a person who did not understand the consequences of her actions. She was not held against her will. She was the willing partner and co-conspirator of Bulger. She was equally determined as Bulger that he should elude the authorities and avoid prosecution for his murders.

In all fairness, Catherine Greig was not directly involved in any of these murders. However, she did everything in her power to insure that these victims' families never saw justice done. Her sympathies lay with Bulger, the murderer, rather than with his victims. She had not one bit of concern or sympathy for these victims or their families.

Any request for leniency should be measured against her lack of sympathy for the murdered victims. In short, it was OK with Catherine Greig for Bulger to murder innocent victims and avoid prosecution. I ask this Court to weigh that attitude of Catherine Greig when she requests leniency in sentencing.

I ask this Court to sentence Catherine Greig to a sentence of incarceration that reflects her own actions in this case.

Financial Impact

It would be hard to determine what the future would have held for my sister, Debra. As I stated above, she was an intelligent, beautiful 26 year old woman when she was murdered. While she was alive she had been offered several modeling jobs, but never pursued them based on Flemmi's insistence that she not pursue them.

At the very least she was robbed of forty (40) years of a productive working life. Certainly she was capable of earning $25,000 to $45,000 a year for all of those productive working years.

To the extent that the Government takes the position that monies seized from Catherine Greig are actually Bulger monies, then I think the Government should use those monies to compensate the victims in these matters.

It is without dispute that Catherine Greig was without any employment for the entire time she was with Bulger. I am informed that a minimum of $800,000.00 in cash was seized in the Santa Monica, CA apartment that Greig and Bulger resided in. If the Government takes the position that these monies and or property in Cathcrine Greig's name are actually Bulger assets then I believe the victims are entitled to compensation and/or restitution for his crimes.

As the Government is aware, my family was awarded a $37,703,581.10 Execution against James Bulger from the Norfolk Superior Court on September 28, 2011 for the murder of my sister Debra. This was based on a Judgment awarded by Judge Patrick Brady in the case of Davis vs. Flemmi and Bulger, Norfolk Superior Court Docket No. 01-282, on September 11, 2009.

Notice by Petition for Recognition of the Davis' Judgment and Execution was furnished to the Attorney General, Eric Holder, the U.S. Attorney's Office Boston, FBI Headquarters, Washington and Boston, and the Drug Enforcement Agency on June 23, 2011 by Certified Mail, the day of Bulger's arrest in California.

_____  
Steven Davis

6-3-2012  
Date

