UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  11-cr-10286-DPW |
| | ) | |
| CATHERINE GREIG, | ) | |
| Defendant. | ) | |

# DISMISSAL OF
# COUNT ONE OF THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses Count One of the Indictment in this matter charging Catherine Greig ("the Defendant") with conspiracy to harbor a fugitive in violation of 18 U.S.C. §371.  In support of this dismissal, the United States Attorney says that, pursuant to a plea agreement, the Defendant pleaded guilty to a Superseding Information charging her with conspiracy to harbor a fugitive, in violation of 18 U.S.C. § 371, conspiracy to commit identity fraud, in violation of 18 U.S.C. § 1028(f), and identity fraud, in violation of 18 U.S.C. § 1028(a)(7).  The Defendant has been sentenced on the charges set forth in the Superseding Information to which she pled guilty, and, in accordance with the terms of her plea agreement, the United States now moves to dismiss Count One of the Indictment in the interest of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/Jack W. Pirozzolo
JACK W. PIROZZOLO
First Assistant U.S. Attorney
JAMES D. HERBERT
MARY B. MURRANE
Assistant U.S. Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Dated: June 13, 2012    (617) 748-3189

**CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on June 13, 2012, I served a copy of the foregoing Dismissal via electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo