# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: United States of America v. Catherine E. Greig

District Court Number: 11-cr-10286

---

Fee: Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

---

Motions Pending       Yes ____ No __X__          Sealed documents        Yes __X__ No ____
*If yes, document #*  _____           *If yes, document #*    1, 5, 109, 110

*Ex parte* documents  Yes __X__ No ____          Transcripts             Yes __X__ No ____
*If yes, document #*  48, 66, 102                *If yes, document #*    21, 23

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from: Judgment

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __123__, filed on __6/13/2012__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __6/14/2012__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**