May 16 2012

To Head Agent in Charge
    Counterterrorisim

It's been a long time since I've contacted any Agents at the F.B.I. because I didn't know who I could trust. I feel certain someone that knows my background will get this letter.

What I am about to ask should have been done years ago, but I couldn't as I was running for my life since your agents and those of the C.I.A. were making life hell for me.

Please I beg you to end your constant surveillance, and your plans to end my life. I'm just not worth the time or money that you spend on me. For several years now I haven't gone to other countries or written anybody in government. Nor has anyone ever contacted me. Plus you know when I did write to someone, it was to ask for help from the abuse I suffered at the hands of C.I.A. operatives, your agents or subcontractors.

I understand the concern I caused you many years ago by my actions — going to certain countries and saying things to make you angry. But keep in mind I was traumatized by the "2000" rape and then later by your acts of drugging, kidnapping, and even raping me. Plus I am bi-polar. Those acts and many others made me live in constant terror. I lost everything I had, including a normal relationship with my son.

Hence the reason for my crimes since "2006", as I thought I would be safer in jail or prison. But I sensed I was still watched by operatives using high-tech equipment in lights, the t.v, and telephones that had a large dark screen on them. No matter where I am, I feel like there is no privacy.

Please just give me a second chance, let me have some privacy, and quit exposing me to toxic food or water. Then I would be able to forgive you for the harmful acts done to me all these years.

Maybe I could even help you identify a terrorist, or uncover a deadly plot as I have a knack for discovering things.

So use your money to watch someone that needs to be watched. You have wasted way too much on me.

                                  Sincerely,