| | |
|---|---|
| From: | Griffin, Kathleen (USAMA) |
| To: | Pirozzolo, Jack (USAMA); Herbert, James (USAMA) |
| Subject: | Greig case - ID theft victims |
| Date: | Monday, June 11, 2012 1:43:00 PM |

Jack —

I spoke with N͟   S͟   today. She told me she personally has not suffered as a result of the ID theft. However, she asked if she could be paid for the times she has spoken with agents. She said she knew from many years ago (not related to this case) that people who received a subpoena were reimbursed. I explained that if someone is subpoenaed to testify in court/at trial or before a Grand Jury they would be entitled to a $40 witness fee, but speaking with an investigative agent is not the same situation. She doesn't have email or voicemail. I told her I will call her tomorrow after the sentencing is over. She is in the VNS and will receive future notices by mail too.

Atty.          (contact for PM) received the email & letter about the sentencing, and I also left a voicemail for him on Friday. I have not heard from him since the time of the plea.

*Kathleen Griffin*
*Victim Witness Specialist*
*U.S. Attorney's Office*
*1 Courthouse Way, Suite 9200*
*Boston, MA 02210*
*Office: 617-748-3140*
*Cell: 617-470-9482*
*Fax: 617-748-3372*
*kathleen.griffin@usdoj.gov*