United States' Sentencing Memorandum Redacted Exhibit Index
*United States v. Greig,* Criminal No. 11-10286-DPW

## VOLUME I

**A.**       **Overview of Santa Monica Apartment, ERT Reports, Consent to Search**

| Exhibit No. | Exhibit Description |
|---|---|
| 1. | Search photographs and CD containing panoramic videos of apartment (certain photographs omitted from redacted set) |
| 2. | Photograph of apartment building |
| 3. | Photograph of apartment building buzzer system |
| 4. | Photographs of apartment living room areas |
| 5. | Photographs of Bulger bedroom |
| 6. | Photographs of Greig bedroom |
| 7. | Consent to Search |
| 8. | FBI Evidence Response Team ("ERT") report from June 23, 2011 (first two pages and drawings of apartment floor plan only in redacted set) |
| 9. | FBI ERT report from July 6, 2011 (first two pages and drawings of apartment floor plan only in redacted set) |

**B.**       **Identities**

| Exhibit No. | Exhibit Description |
|---|---|
| 10. | List of identities used |
| 11. | Social Security Administration records for C.W.G., J.W.L., D.G.G., S.J.T., P.M., N.S., Thomas Baxter, and Mark Shapeton |
| 12. | Photographs of identification information seized from Greig bedroom |
| 13. | Photograph of P.M. identification documents |
| 14. | **Mr. and Mrs. Thomas Baxter** – Best Western receipt and copy of Thomas Baxter New York State driver's license with Bulger photograph |

| 15. | FBI report from September 10, 1997 interview of Juliann Callais of Wal-Mart regarding Greig use of Helen Marshall identification. |
|---|---|
| 16. | **Mark/Carol Shapeton** – Amtrak ticket and passenger list |
| 17. | **Charles Gasko and C.W.G.** – Social security card, New York state residence card, AARP membership card, medical alert card, employee identification card, business cards |
| 18. | **Carol and Charles Gasko** – Apartment rental payment receipts and Notice of Change in Terms of Tenancy |
| 19. | **Carol Gasko** – membership cards, AARP card, address labels |
| 20. | **Carol Gasko** – Roadrunner Sports receipt, Kirk's Natural, LLC receipts |
| 21. | **Carol Gasco** – Electric bills |
| 22. | **J.W.L.** – California driver's licenses (2), social security card, birth certificate |
| 23. | **J.W.L.** – various membership cards, certificate of military service, business cards, handwritten notes of J.W.L. identification information titled "Passport App." |
| 24. | **J.W.L.** – H&R Block tax return documents |
| 25. | **J.W.L.** – Sampling of Bank of America records |
| 26. | **J.W.L.** – West LA Urgent Card records and Superior Medical Clinic & Urgent Care Records |
| 27. | **J.W.L. and C.L.** – Dr. Ehsan medical records |
| 28. | **J.W.L. and C.L.** – FBI 302 regarding July 6, 2011 interview with Dr. Raymond Ehsan |
| 29. | **J.W.L. and J.L.** – Vons pharmacy records |
| 30. | **J.W.L. and C.L.** – CD of excerpts from Vons pharmacy security camera video |
| 31. | **J.R. and M.R.** – Dr. Tan records |

| | |
|---|---|
| 32. | **J.R. and M.R.** – FBI 302 regarding January 26, 2012 interview of Dr. Rosita Tan |
| 33. | **D.G.G.** – New York state residence card, employee identification card, social security cards, military identification card, medicare identification card, healthcare identification card, business card, "Sportsman Collection" card, safe deposit box lease agreement |
| 34. | **S.J.T.** – Nevada driver's license, social security card, Sam's Club membership card |
| 35. | **J.L.** – New York state residence card, medical records |
| 36. | **P.M.** – social security card, change of name decree, birth certificate, envelope from Department of State, National Passport Center, addressed to P.M. |
| 37. | **N.S., P.M., J.L., J.W., J.W.-2** – business cards and handwritten notations of personal information regarding N.S. and P.M. |
| 38. | **N.S., C.W.G., Carol Gasko, Charles Gasko, and C.L.** -- handwritten notations of personal information |

**C.**        **Media Coverage, Knowledge of Crimes Charged Against Bulger**

| Exhibit No. | Exhibit Description |
|---|---|
| 39. | Lexis Nexis copies of newspaper articles in Boston media regarding Bulger in January 1995 |
| 40. | Lexis Nexis copies of newspaper articles in California media regarding Bulger |
| 41. | Photograph of books on shelf in Santa Monica apartment |
| 42. | *LA Times* subscriptions |
| 43. | FBI description of portions of 1998 *LA Times* found in wall of apartment |
| 44. | FBI Ten Most Wanted Fugitive poster of Bulger |

| | |
|---|---|
| 45. | Subpoena response from Fox Group detailing dates that *America's Most Wanted* featured Bulger |
| 46. | CD containing two *America's Most Wanted* segments (as an exemplar of the fifteen episodes) produced by Fox Group that featured Bulger |
| 47. | CBS News Transcript of *60 Minutes* episode regarding James Bulger and CD containing a copy of the broadcast |
| 48. | Receipts for cable television service |
| 49. | Intentionally left blank |

## VOLUME II

**D.** **Guns and Money**

| Exhibit No. | Exhibit Description |
|---|---|
| 50. | Photographs of weapons and ammunition seized from apartment |
| 51. | Photographs of money and guns hidden in walls of apartment |
| 52. | Photographs of hides in the walls of the apartment |
| 53. | Notebook with handwritten notes regarding tools such as particulate masks, drill, hack saw, duct tape and masking tape |
| 54. | Receipt for new appliances and mattress |
| 55. | FBI Laboratory reports on fingerprint testing on weapons found in apartment |
| 56. | ATF weapons tracing reports |

**E.**         **Witness Testimony, Interviews, Documents and Photographs**

| Exhibit No. | Exhibit Description |
|---|---|
| 57. | Josh Bond – FBI 302 regarding interview on July 6 2011 |
| 58. | Josh Bond – FBI 302 regarding interview on July 8, 2011 |
| 59. | Josh Bond – FBI 302 regarding interview on July 28, 2011 |
| 60. | Josh Bond – Grand jury testimony July 28, 2011 |
| 61. | Intentionally left blank |
| 62. | Intentionally left blank |
| 63. | Intentionally left blank |
| 64. | Intentionally left blank |
| 65. | Intentionally left blank |
| 66. | Intentionally left blank |
| 67. | Intentionally left blank |
| 68. | Michael Carazza – Grand jury testimony July 28, 2011 (cited part produced in redacted version) |
| 69. | Birgitta Farinelli – FBI 302 regarding interview on July 5, 2011 |
| 70. | Birgitta Farinelli – Grand jury testimony August 4, 2011 |
| 71. | Wendy Farnetti – FBI 302 regarding interview on July 6, 2011 |
| 72. | Wendy Farnetti – Grand jury testimony July 21, 2011 |
| 73. | C.W.G. – Medical records for true C.W.G. |
| 74. | D.G.G. – FBI report regarding August 8, 2011 investigation of D.G.G. |
| 75. | D.G.G. – Photograph of D.G.G. |
| 76. | D.G.G. – Arrest reports of D.G.G. |

## VOLUME III

| | |
|---|---|
| 77. | Margaret McCusker – Grand jury testimony February 9, 2012 (cited part produced in redacted version) |
| 78. | P.M. – FBI 302 regarding interview on August 29, 2011 |
| 79. | P.M. – FBI 302 regarding interview on May 17, 2012 |
| 80. | P.M. – FBI 302 regarding statements by P.M.'s social worker on May 17, 2012 |
| 81. | P.M. – California Department of Motor Vehicles photograph |
| 82. | N.S. – FBI 302 regarding interview on October 19, 2011 |
| 83. | N.S. – Article from newspaper regarding N.S. |
| 84. | N.S. – California Department of Motor Vehicles photograph |
| 85. | N.S. – CD of videotaped interview of N.S. on May 21, 2012 |
| 86. | S.J.T. – FBI 302 regarding interview on July 7, 2011 |
| 87. | S.J.T. – FBI 302 regarding interview on July 8, 2011 |
| 88. | S.J.T. – Photograph of S.J.T. |
| 89. | S.J.T. – FBI 302 regarding discovery of S.J.T's death, including photographs of S.J.T.'s apartment (photographs omitted in redacted set) |

**F.**     **Other Documents**

| Exhibit No. | Exhibit Description |
|---|---|
| 90. | Catherine Greig plea agreement, including agreed upon statement of facts |
| 91. | Social Security Administration documents for Catherine Greig |
| 92. | Weekly planner for 2011 found in apartment |
| 93. | Handwritten "Do Not Knock" notes |

| 94. | Copy of cover and table of contents for *Secrets of a Back-Alley ID Man* found in apartment |
| --- | --- |
| 95. | Copy of cover of *The Worst Case Scenario Survival Handbook: Travel* found in apartment |
| 96. | Copy of cover of *How to Find Missing Persons, A Handbook for Investigators* found in apartment |
| 97. | Listing of murders charged in Third Superseding Indictment filed against James Bulger and others |
| 98. | Opinions issued in the District of Massachusetts in civil cases finding by a preponderance of the evidence that Bulger committed murder |
| 99. | Title search report for 16 Hillcrest Road, Quincy, Massachusetts |
| 100. | Title opinion regarding 889 E. 4th Street, South Boston, Massachusetts |
| 101. | Answer of Garnishee Mt. Washington Bank, and First Amendment to Writ of Garnishment |
| 102. | Affidavit of FBI Special Agent Phillip J. Torsney |