# Exhibit 1

Digital Camera: Nikon D3005, card 2

DATE: ___Dle___ / __23__ / __2011__
         MONTH        DAY        YEAR

AGENCY: ___FBI___

CASE ID: _____

PHOTOGRAPHER: ___SA Kevin Hogg___

LOCATION: ___1012 3rd ST, Apt 303___
          ___Santa Monica, CA___
























































