













Welcome to Yahoo!                                                                    Page 1 of 1

*keep*

## YAHOO! Mail ✉                                                              Yahoo! - Help

## Welcome to Yahoo! ▮▮▮▮▮▮▮

A confirmation message has been emailed to your Yahoo! Mail address.

*password*

> Your Yahoo! ID: ▮▮▮▮▮▮▮
> Your New Yahoo! Mail Address: ▮▮▮▮▮▮▮

**Newsletters** - Click here to edit your Marketing Preferences. You can select and customize the categories of communications you receive about Yahoo! products and services, or choose to opt-out of each.

☐ **LAUNCH**  **LAUNCH Backstage** - Receive emails for the hottest artists, concerts, promotions & music videos.

☐ **YAHOO! TRAVEL**  **Travel Newsletter** - A must for the savvy traveler. Fantastic travel savings.

☐ **Buzz Index**  **Buzz Index Weekly** - What's hot this week? Find out with the Yahoo! Buzz Index.

☐ **YAHOO! MOVIES**  **Movies Newsletter** - New movie releases and local showtimes in your mailbox.

### Get more with Yahoo! Mail

Check or uncheck boxes for options below. When finished, click **"Continue to Yahoo! Mail"**.

### Special Offer from Yahoo!

☐ **YAHOO! personals**  **Free 7-day trial from Yahoo! Personals.** Think weak knees, think flirting via email - just believe it can happen to you. Check the box and we'll send you an email with a special link - you can't get the free trial without it!

### Yahoo! Companion Toolbar

☑ **Install Yahoo! Companion toolbar and set Yahoo! Mail as your default mail program.**
Yahoo! Companion toolbar will notify you when you have new Yahoo! Mail. Yahoo! Companion is free and takes only a few seconds to install. Learn More



> You have 7 new mail messages

[ Continue to Yahoo! Mail ]

Copyright © 2003 Yahoo! Inc. All rights reserved. Terms of Service
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



Dr. David Lahana
Beverly Hills, Ca.

Rich Burns

89

Bank of America

ATM Envelope

Please
No Coins

ATM transactions are subject to proof and verification.

For Payment:
1. Enclose cash or check
2. Endorse payment coupon
3. Seal this envelope

For Check Deposit:
1. Enclose
2. Enclose number form
3. Seal this envelope

90

















*Certificate of Achievement*

**PUBLIC SAFETY OFFICER**

This is to certify that the person named above has successfully completed a training program offered by TTI Career Training Center.

_____
Director

_____
Date



**Bank of America**

USA

**Customer Receipt**

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Try Online Banking at www.bankofamerica.com

95-14-2900-B   08-2004

Tran ID198        08/07/2007     17:04
Entity MES   CC 0000210  TL: 00012
Account      ##############61
R/TU 5409390135
Deposit                         $759.95
Account Balance                1,771.86
Available Balance              1,111.91

VR 115 300M (3/88) P.O. NO M818190

DOCUMENT NO

# THE CITY OF NEW YORK

DEPARTMENT OF HEALTH

VITAL RECORDS

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Bureau of Vital Records, Department of Health, City of New York.

BOROUGH:

MANHATTAN

DATE OF
BIRTH

CERTIFICATE
NO.

DATE
FILED

NAME:

SEX:        MALE

MOTHER'S MAIDEN NAME:

FATHER'S NAME:

STEVEN P. SCHWARTZ
CITY REGISTRAR

Do not accept this transcript unless it bears the raised seal of the Department of
Health. This reproduction or alteration of this certification is prohibited by
Section 3.21 of the New York City Health Code.



TTL, CAREER TRAINING CENTERS

CERTIFICATE OF COMPLETION

Be it known that

has successfully completed the minimum standards
of training for Tear Gas/Pepper Spray on

In witness whereof this certification of completion
is given bearing the signature of
the State licensed certification instructor

STATE LICENSE NUMBER          CERTIFICATION INSTRUCTOR









### United States of America

### Certification of
# Military Service

........................

*This certifies that*

*was a member of the*
*from*
*to*
*Service was terminated by*          Honorable Release
                                     From Active Duty
*Last Grade, Rank, or Rating*        Specialist Second Class
*Active Service Dates*
                                     Same as above

........................

*Given at St. Louis, Missouri, on*

                              National Personnel Records Center
                              (Military Personnel Records)
                              National Archives and Records Administration

THE ARCHIVIST OF THE UNITED STATES IS THE PHYSICAL CUSTODIAN OF THIS PERSON'S MILITARY RECORD.

*(This Certification of Military Service is issued in the absence of a copy of the actual Report of Separation, or its equivalent. This document serves as verification of military service and may be used for any official purpose. Not valid without official seal.)*

91





