































































WiSHiNG YOU
a VaLeNTiNe'S DaY
THaT'S TaiL-waGGiN' FuN!

Happy Valentines Day,

" Valentine "

Love Always

CXXXX 0000