Happy Valentines Day,

" Valentine "

Love Always

Cxxxx oooo!









































#BXHQHFG ********ACR LOT 01010**C-016
#31573S954/2/A 4H APR2012 013008 00199
CAROL GASKO
1012 3RD ST APT 303
SANTA MONICA CA 90403-3730

SELF-DE
(Continues fr
the defen
negligent
device

aarp.org/ma
lly|August 2011

# Don't trust — E-Verify

The voluntary program
is an effective way to
keep illegal immigrants
out of the workforce.

**Lamar Smith
and Elton Gallegly**















INFANTRY ACES

FIASCO — THOMAS E. RICKS
The American Military Adventure in Iraq

FEARLESS KELLY

TENTING ON THE PLAINS — ELIZABETH B. CUSTER

PERSONAL MEMOIRS OF P.H. SHERIDAN — PHILIP H. SHERIDAN

THE WORST JOURNEY IN THE WORLD — APSLEY CHERRY-GARRARD

CLASSIC COWBOY STORIES — 18 Extraordinary Tales of the Old West

BACKPACKER'S HANDBOOK — HUGH McMANNERS

THE IMMACULATE INVASION — BOB SHACOCHIS

GREEK AND ROMAN LIVES — PLUTARCH — DOVER

The Mayflower Papers

THE WORST-CASE SCENARIO SURVIVAL HANDBOOK TRAVEL

The A to Z of Classical Music (Second Expanded Edition) — NAXOS

BLOOD WARRIORS — American Military Elites — Michael Lee Lanning

THE ULTIMATE HISTORY OF WORLD WAR I — IAN WESTWELL

WYATT EARP SPEAKS! — EDITED BY JOHN RICHARD STEPHENS







