



PEOPLE'S
PHARMACY

Turmeric
may erase
foot pain

12/25/08
to all from
from Little Girl

SAVE
11 yr old girl
'18 Blyk Repits
Cleveland Rd las + ? more
outside of Houston TEXAS
Thanksgiving time
Nov 2010
SAVE



166 - 71

2010

STAN My 6th













in room
B.L.L.
violent rap
music

27

27

THE EMBASSY HOTEL APARTMENTS
Luxury Hotel Apartments with Old World Charm

Birgitta Farinelli
Manager

19801 Third Street
Santa Monica, CA 90403

Tel (310) 394-1279
Fax (310) 451-5422
www.embassyhotelapts.com

1-30
394-4861 - big h.

Santa Monica
Bay Physicians

Angelika C. Buckleberg-Gunn, M.D.
Diplomate, American Board of Family Practice

WILSHIRE OFFICE 3100, 828-4030 • Fax (310) 453-4033
2424 Wilshire Blvd. • Santa Monica, California 90403

SAMMIE RANDOLPH

318-390-

JANE SINDEN SPIEGEL, M.D., M.S.P.H., F.A.C.P.

Diplomate American Board of Internal Medicine
Fellow of American College of Physicians

Saint John's Medical Plaza
1301 Twentieth Street, Suite 260
Santa Monica, CA 90404          (310) 315-0196

Secured Borders U.S.A.
In Nevada 501© Profit Corporation

E-Mail: staff@SecuredBordersUSA.com
Website: www.SecuredBordersUSA.com

P.O. Box # 19753
Las Vegas, NV 89132-0233          Phone (702) 368-1119

BARBARA KNOX # 310-264-
1717
JACKIE SALON P.A.

*SECURED BORDERS U.S.A.*
TOGETHER WE CAN
MAKE A DIFFERENCE

Enrique Gil Parra
188-209-4421

Carlos Cab
1-310-444-4444

27
27























Digital Camera: Nikon D300s

DATE: 06 / 22 / 2011
         MONTH   DAY    YEAR

AGENCY: FBI

CASE ID:

PHOTOGRAPHER: SA Kevin Hogg

LOCATION: 1012 3rd ST, Apt 303
           Santa Monica, CA









