













FIRST AID KIT

















































