





























































equently Asked Questions

one majority of Santa Monica voters in the November 2010
ends the City Charter generally, and the Rent Control Law
tenant protections citywide.

do?

tion against eviction in three major ways:
cause" eviction protections to all tenants in multi-unit
l cause" means that a tenancy can be terminated
of reasons, including fault-based reasons like failing
lease, or no-fault reasons like owner occupancy or
om the rental market
tlords to give tenants written notice specifying a reasonable
if an alleged lease violation, nuisance activity, or denial
ing an eviction based on that alleged lease

to evict for better occupancy by forbidding such
nally ill or who have lived in their apartment
disabled or at least 62 years old. There is
tect owner occupant is also at least 62.

rminally ill" mean in Measure RR?

eiving benefits from a federal, state, or local
account of a permanent disability that prevents
r-time employment. "Terminally ill" means a
ly ill by his or her treating physician.

lease violation? Is this the same as a

olice. A 3-day notice is the start of the eviction
ndlords to give tenants, by written notice, a
leged lease violation before a 3-day notice is
will depend on the nature of the alleged violation.



