













ROLL# _____

DATE __7__ / __6__ / __2011__
     **MONTH**   **DAY**   **YEAR**

AGENCY __FBI__

CASE ID __████████████████__

PHOTOGRAPHER __SA Swec__

LOCATION __1012 3rd Street__
      __# 303__
      __Santa Monica, CA 90403__



















































