



















































VIETNAM

1959 - 1975

2.7 million Americans served in Vietnam

over 58,000 died - 300,000 wounded

2,436 still M.I.A.

79% - high school grade
75% - volunteered
25% - drafted













