
































































