













HOW TO FIND
MISSING PERSONS
A Handbook For Investigators
Revised and Expanded
Second Edition

Ronald Eriksen

WESTERN | MONEY
UNION | TRANSFER























































Digital Camera: Nikon D300

DATE: 06 / 22 / 2011
      MONTH   DAY   YEAR

AGENCY: FBI

CASE ID:

PHOTOGRAPHER: Elizabeth L. Gonzalez

LOCATION: 1012 3rd Street, Apt #303
          Santa Monica, CA