Digital Camera: Nikon D400

DATE: __06__ / __22__ / __2011__
         MONTH    DAY      YEAR

AGENCY: FBI

CASE ID: 

PHOTOGRAPHER: Elizabeth A. Gonzalez

LOCATION: 1012 3rd Street, Apt # 303
           Santa Monica, CA



































