UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
11-10286-DPW

UNITED STATES OF AMERICA

VS.

CATHERINE GREIG

## CLAIM OF APPEAL

Now comes the defendant, Catherine Greig, in the above numbered indictment and does hereby claim an appeal of the above captioned conviction to the United States District Court of Appeals.

Catherine Greig,
By her attorney

/s/Kevin J. Reddington