

U.S. Department of Justice

*Carmen M. Ortiz*
United States Attorney
District of Massachusetts

Telephone: (617) 748-3100

Mary B. Murrane, Assistant United States Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

June 13, 2012

Jarrett Lovett, Courtroom Clerk to the Honorable
Douglas P. Woodlock
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:   United States v. Catherine Greig, Criminal Action No. 11-10286-DPW

Dear Mr. Lovett:

Enclosed please find Exhibits 1, 30, 46, and 47, which are four DVDs the United States submits as part of the **redacted** exhibits to the Government's Sentencing Memorandum. The original DVDs were filed *Under Seal* with the Court on June 7, 2012. This set of DVDs should be included with the **redacted** exhibits (1-102) which are being electronically filed today, per order of this Court.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

CARMEN M. ORTIZ
United States Attorney,

By:   Mary B. Murrane
Assistant United States Attorney

MBM/ljt
Enclosures