UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number: 11-cr-10286
USCA Docket Number: 12-1752

United States of America

v.

Catherine Greig

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed  X  paper documents ____ electronic documents:

**Main Documents:**

Document Numbers:

**Other Documents:**

Sealed Records:

Document Numbers: 1, 5, 27, 28, 47, 103, 108, 109, 114, 115, 117, 118 & Docket

*Ex parte* Records:

Document Numbers: 66, 102

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/3/2012.

SARAH ALLISON THORNTON,
Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/3/12

Deputy Clerk, US Court of Appeals