UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10286-DPW |
| | ) | |
| CATHERINE E. GREIG, | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 7, 2012 and ending on August 5, 2012.  See Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  Executed on August 7, 2012 at Boston, Massachusetts.

>  */s/ Mary B. Murrane*
>  MARY B. MURRANE
>  Assistant United States Attorney
>  United States Courthouse
>  1 Courthouse Way , Suite 9200
>  Boston, MA  02210
>  (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>  */s/ Mary B. Murrane*
>  Mary B. Murrane

Date:  August 7, 2012                         Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# COURT CASE NUMBER: CR 11-10286-DPW; NOTICE OF FORFEITURE

Notice is hereby given that on June 12, 2012, in the case of <u>U.S. v. Catherine Greig</u>, Court Case Number CR 11-10286-DPW, the United States District Court for the District of Massachusetts entered an Order condemning and forfeiting the following property to the United States of America:

the Defendant's intellectual property rights to, and proceeds from, the conduct alleged in the Superseding Information (12-FBI-005273).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (July 07, 2012) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA  02210, and a copy served upon Assistant United States Attorney Mary B. Murrane, 1 Courthouse Way, Suite 9200, Boston, MA  02210. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 7, 2012 and August 05, 2012. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Catherine Greig

**Court Case No:** CR 11-10286-DPW
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/07/2012 | 24.0 | Verified |
| 2 | 07/08/2012 | 24.0 | Verified |
| 3 | 07/09/2012 | 24.0 | Verified |
| 4 | 07/10/2012 | 24.0 | Verified |
| 5 | 07/11/2012 | 24.0 | Verified |
| 6 | 07/12/2012 | 24.0 | Verified |
| 7 | 07/13/2012 | 24.0 | Verified |
| 8 | 07/14/2012 | 24.0 | Verified |
| 9 | 07/15/2012 | 24.0 | Verified |
| 10 | 07/16/2012 | 24.0 | Verified |
| 11 | 07/17/2012 | 24.0 | Verified |
| 12 | 07/18/2012 | 24.0 | Verified |
| 13 | 07/19/2012 | 24.0 | Verified |
| 14 | 07/20/2012 | 24.0 | Verified |
| 15 | 07/21/2012 | 24.0 | Verified |
| 16 | 07/22/2012 | 24.0 | Verified |
| 17 | 07/23/2012 | 23.9 | Verified |
| 18 | 07/24/2012 | 23.9 | Verified |
| 19 | 07/25/2012 | 23.8 | Verified |
| 20 | 07/26/2012 | 24.0 | Verified |
| 21 | 07/27/2012 | 24.0 | Verified |
| 22 | 07/28/2012 | 24.0 | Verified |
| 23 | 07/29/2012 | 24.0 | Verified |
| 24 | 07/30/2012 | 24.0 | Verified |
| 25 | 07/31/2012 | 24.0 | Verified |
| 26 | 08/01/2012 | 24.0 | Verified |
| 27 | 08/02/2012 | 23.9 | Verified |
| 28 | 08/03/2012 | 24.0 | Verified |
| 29 | 08/04/2012 | 24.0 | Verified |
| 30 | 08/05/2012 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.