UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
11-10286-DPW

UNITED STATES OF AMERICA

VS.

CATHERINE GREIG

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO LIQUIDATE REAL ESTATE HOLDINGS

Now comes the defendant, Catherine, Greig, in the above numbered indictment and respectfully moves this Honorable Court for an extension of time for a period of sixty (60) days to liquidate her real estate holdings in accordance with the Order of this Court.

In support of this request the defendant states that due to the present economic climate her real estate holdings have not sold as expeditiously as anticipated. At present, there are a few potential buyers however as of this writing no purchase and sale has been executed. It is anticipated that one of these prospective buyers will be purchasing the property within the next 30-60 days.

Wherefore it is requested that this Court enter an order allowing an extension of time for a period of sixty (60) days.

/s/ Kevin J. Reddington, Esq.

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Catherine Greig, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 10, 2012.

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO LIQUIDATE REAL ESTATE HOLDINGS

/s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186