UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 11-10286-DPW |
| | ) | |
| v. | ) | Record Owners: |
| | ) | Catherine E. Gaeig (a/k/a Catherine E. Greig) |
| CATHERINE E. GREIG, | ) | |
| Defendant. | ) | Property: |
| | ) | 16 Hillcrest Road |
| | ) | Quincy, Massachusetts |
| | ) | |
| | ) | Registry of Deeds |
| | ) | Norfolk County |
| | ) | Book: 623  Page: 113 |

## RELEASE OF *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby releases its *Lis Pendens*, issued by this Court on March 22, 2012, against the real property located at 16 Hillcrest Road, Quincy, Massachusetts (the "Hillcrest Road Property"). For title to the property, *see* Book 623, Page 113 of the Norfolk County Registry of Deeds, reflecting the deed on the property on September 11, 1986.

This Release is made by the parties, because Defendant has entered into a purchase and sale agreement for the sale of the Hillcrest Road Property, and at the closing of the anticipated sale a portion of the sale proceeds will be paid to the United States District Court Clerk's Office to satisfy the $150,000 fine levied against her at sentencing, plus any interest due and owing. The *Lis Pendens* was recorded on March 23, 2012, at the Norfolk County Land Court, Document No. 1,248,262.

Signed under the pains and penalties of perjury this 12th day of September, 2012.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney,

By: /s/ JACK W. PIROZZOLO
                JACK W. PIROZZOLO
                First Assistant United States Attorney
                JAMES D. HERBERT
                MARY B. MURRANE
                CHRISTOPHER R. DONATO
                Assistant United States Attorneys
                United States Attorney's Office
                1 Courthouse Way, Suite 9200
                Boston, MA   02210
                (617) 748-3100

Date:   September 12, 2012

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                      Boston

    Then personally appeared the above-named Mary B. Murrane, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 12th day of September, 2012.

                                                   /s/ Lisa J. Talbot
                                                 Notary Public
                                                 My Commission expires: May 13, 2016

APPROVED AND SO ORDERED:

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
United States District Judge
Dated: September 17, 2012



LISA J. TALBOT
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 13, 2016

2