UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 11-10286-DPW |
| ) | |
| CATHERINE E. GREIG, ) | |
| Defendant. ) | |

### ORDER VACATING WRIT RESTRAINING THE REAL PROPERTY LOCATED AT 16 HILLCREST ROAD, QUINCY, MASSACHUSETTS (Document No. 74)

**WOODLOCK, D.J.,**

The United States of America and the defendant Catherine E. Greig, having petitioned this Court for an Order to vacate the Writ Restraining the Real Property Located at 16 Hillcrest Road, Quincy, Massachusetts (Document No. 74), which Writ was recorded with the Norfolk County Registry of the Land Court as Document Number 1,248,263, and this Court having been being fully advised of the circumstances of this case, it is hereby ORDERED that the Writ Restraining the Real Property Located at 16 Hillcrest Road, Quincy, Massachusetts (Document No. 74) is vacated.

DONE AND ORDERED in Boston, Massachusetts, this 17th day of September, 2012.

_____
DOUGLAS P. WOODLOCK
United States District Judge