UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10286-DPW |
| | ) | |
| CATHERINE E. GREIG, | ) | |
| Defendant. | ) | |

### ORDER VACATING WRIT OF GARNISHMENT
### ISSUED TO MT. WASHINGTON BANK (Document No. 76)

**WOODLOCK, D.J.,**

The United States of America having petitioned this Court for an Order to vacate the Writ of Garnishment issued to Mt. Washington Bank (Document No. 76), and this Court having been being fully advised of the circumstances of this case, it is hereby ORDERED that the Writ of Garnishment to Mt. Washington Bank (Document No. 76) is vacated.

DONE AND ORDERED in Boston, Massachusetts, this 3rd day of October, 2012.

_____
DOUGLAS P. WOODLOCK
United States District Judge