UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10286-DPW |
| | ) | |
| CATHERINE E. GREIG, | ) | |
| Defendant. | ) | |

**ORDER VACATING WRIT RESTRAINING THE REAL PROPERTY LOCATED AT 889 EAST FOURTH STREET, SOUTH BOSTON, MASSACHUSETTS (Document No. 73)**

**WOODLOCK, D.J.,**

The United States of America having petitioned this Court for an Order to vacate the Writ Restraining the Real Property Located at 889 East Fourth Street, South Boston, Massachusetts (Document No. 73), and this Court having been being fully advised of the circumstances of this case, it is hereby ORDERED that the Writ Restraining the Real Property Located at 889 East Fourth Street, South Boston, Massachusetts (Document No. 73) is vacated.

DONE AND ORDERED in Boston, Massachusetts, this 1st day of October, 2012.

_____
DOUGLAS P. WOODLOCK
United States District Judge

