UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 11-10286-DPW |
| | ) | |
| v. | ) | <u>Record Owners</u>: |
| | ) | Catherine Greig |
| CATHERINE E. GREIG, | ) | |
| Defendant. | ) | <u>Property</u>: |
| | ) | 889 East Fourth Street |
| | ) | South Boston, Massachusetts |
| | ) | |
| | ) | <u>Registry of Deeds</u> |
| | ) | Suffolk County |
| | ) | Book: 48181   Page: 63 |

### <u>RELEASE OF *LIS PENDENS*</u>

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby releases its *Lis Pendens*, issued by this Court on March 22, 2012, against the real property located at 889 East Fourth Street, South Boston, Massachusetts (the "South Boston Property"). For title to the property, *see* Book 48181, Page 63 of the Suffolk County Registry of Deeds.

This Release is made by the government, as the United States submits that it no longer seeks to restrain or levy against the South Boston Property.

The *Lis Pendens* was recorded on March 22, 2012, at the Suffolk County Registry of Deeds at Book 49252, Page 179.

Signed under the pains and penalties of perjury this 2nd day of October, 2012.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By: *[signature]*
JACK W. PIROZZOLO
First Assistant United States Attorney
JAMES D. HERBERT
MARY B. MURRANE
CHRISTOPHER R. DONATO
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA   02210
(617) 748-3100

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                                                              Boston

Then personally appeared the above-named Mary B. Murrane, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 2nd day of October, 2012.

*[signature]*
Notary Public
My Commission expires: 4/29/16

KAY-BETH WHITTEN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 29, 2016

APPROVED AND SO ORDERED:

*[signature]*
DOUGLAS P. WOODLOCK
United States District Judge
Dated: October 3, 2012

2