# United States Court of Appeals
## For the First Circuit

No. 12-1752

UNITED STATES

Appellee

v.

CATHERINE E. GREIG, a/k/a Carol Gasko, a/k/a Carol Gasco, a/k/a Helen Marshall, a/k/a Carol Shapeton, a/k/a Mrs. Thomas Baxter, a/k/a J. L., a/k/a P. M., a/k/a N. S., a/k/a J. W., a/k/a C. L., a/k/a Catherine Greig

Defendant - Appellant

**MANDATE**

Entered: June 10, 2013

In accordance with the judgment of May 17, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Jeffrey K. Clifford
Dana Alan Curhan
Catherine E. Greig
James D. Herbert
Richard M. Lane
Mary Beth Murrane
Jack Woodruff Pirozzolo
Kevin J. Reddington